

<div align="right">

**CT Corporation**
**Service of Process Notification**
10/06/2023
CT Log Number 544879993

</div>

## Service of Process Transmittal Summary

**TO:**     Austin Ellis
Mercedes-Benz Usa, LLC
ONE MERCEDES-BENZ DRIVE
SANDY SPRINGS, GA 30328-4312

**RE:**     **Process Served in California**

**FOR:**    Mercedes-Benz USA, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Conrad J. Kuyawa // To: Mercedes-Benz USA, LLC |
| **DOCUMENT(S) SERVED:** | Summons, Cover Sheet, Attachment(s), Complaint, Exhibit(s), Notice(s) |
| **COURT/AGENCY:** | Contra Costa County - Superior Court, CA<br>Case # C2302338 |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law - 2019 Mercedes-Benz Model S560, VIN: WDDUG8DB5KA482569 |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 10/06/2023 at 12:40 |
| **JURISDICTION SERVED:** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Conrad Joseph Kuyawa<br>Law Office of Conrad J. Kuyawa<br>530 Divisadero St, PMB 804<br>San Francisco, CA 94117<br>(925) 233-5544 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/09/2023, Expected Purge Date: 10/14/2023 |
| | Image SOP |
| | Email Notification,  Madison Coker  mcoker@wwhgd.com |
| | Email Notification,  Jonathan Friedman  mbwarranty@wwhgd.com |
| | Email Notification,  Sherry Rosen  sherry.rosen@mbusa.com |
| | Email Notification,  Chad Peterson  chad.peterson@mbusa.com |
| | Email Notification,  DENISE MITCHELL  denise.mitchell@mbusa.com |
| | Email Notification,  Tiffany Moore  tiffany.t.moore@mbusa.com |
| | Email Notification,  Liliana Salinas  liliana.salinas@mbusa.com |
| | Email Notification,  Abigail Baughman  abigail.baughman@mbusa.com |



**CT Corporation**
**Service of Process Notification**
10/06/2023
CT Log Number 544879993

Email Notification,  Austin Ellis  austin.ellis@mbusa.com

Email Notification,  Brooks Suttle  brooks.suttle@mbusa.com

Email Notification,  Lex Wells  awells@bakerdonelson.com

Email Notification,  Allison Melville  supplier.melville@mbusa.com

Email Notification,  Lance Arnott  sopverification@wolterskluwer.com

**REGISTERED AGENT CONTACT:**          C T Corporation System
330 N BRAND BLVD
STE 700
GLENDALE, CA 91203
866-331-2303
CentralTeam1@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                          Fri, Oct 6, 2023
**Server Name:**                   Jimmy Lizama

| Entity Served | MERCEDES-BENZ USA, LLC |
|---|---|
| Case Number | C23-02338 |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |



Electronically Filed Superior Court of CA County of Contra Costa 9/18/2023 9:16 AM By: N. McCallister-Vila, Deputy

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

| | FOR COURT USE ONLY |
|---|---|
| | *(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company doing business in California;
MERCEDES-BENZ WARRANTY a business entity unknown doing business in California and DOES 1
through 30

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
CONRAD J. KUYAWA

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | **CASE NUMBER:** *(Número del Caso):* |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Wakefield Taylor Courthouse<br>725 Court Street<br>Martinez CA 94553 | C23-02338 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Conrad Joseph Kuyawa 300226     (925) 233-5544
530 Divisadero St PMB 804 San Francisco CA 94117

| DATE:<br>*(Fecha)*     9/18/2023 9:16 AM | Clerk, by<br>*(Secretario)*     /s/ N. McCallister-Vila | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company doing business in California
   under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
   ☒ other *(specify):* Corp. Code 17701.16, limited liability company
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

CM-010

Lawyaw Package ID: 2368171f68a9a493a2bad2c0dea2762a1e

Conrad Joseph Kuyawa 300226
Law Office of Conrad J. Kuyawa
530 Divisadero St PMB 804 San Francisco CA 94117
TELEPHONE NO.: (925) 233-5544   FAX NO. (Optional): (925) 378-5922
E-MAIL ADDRESS: conrad@conradlegaloffice.com
ATTORNEY FOR (Name): Conrad Joseph Kuyawa

FOR COURT USE ONLY

Filed by
Superior Court of California
County of Contra Costa
9/18/2023 9:16 AM
By: M. Smith, Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Contra Costa
STREET ADDRESS: 725 Court Street
MAILING ADDRESS:
CITY AND ZIP CODE: Martinez 94553
BRANCH NAME: Wakefield Taylor Courthouse

CASE NAME:
KUYAWA V. MERCEDES-BENZ, USA, LLC et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) | ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter   ☐ Joinder | | C23-02338 |
| | | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: | |
| | | | DEPT.: | |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☑ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint (*not specified above*) (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition (*not specified above*) (43)

2. This case ☐ is   ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (*check all that apply*): a. ☑ monetary   b. ☑ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action (*specify*):
5. This case ☐ is   ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (*You may use form CM-015.*)
Date: 09/18/2023

Conrad Joseph Kuyawa
(TYPE OR PRINT NAME)

► *Conrad J. Kuyawa*
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. September 1, 2021]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courts.ca.gov

Lawyaw Package ID: 35817f76-8a8a-4932-bad2-c0dea275311e

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**                                          CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)–Personal Injury/Property
   Damage/Wrongful Death
Uninsured Motorist (46) *(if the
   case involves an uninsured
   motorist claim subject to
   arbitration, check this item
   instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
   Asbestos Property Damage
   Asbestos Personal Injury/
      Wrongful Death
Product Liability *(not asbestos or
   toxic/environmental)* (24)
Medical Malpractice (45)
   Medical Malpractice–
      Physicians & Surgeons
   Other Professional Health Care
      Malpractice
Other PI/PD/WD (23)
   Premises Liability (e.g., slip
      and fall)
   Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
   Intentional Infliction of
      Emotional Distress
   Negligent Infliction of
      Emotional Distress
   Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
   Practice (07)
Civil Rights (e.g., discrimination,
   false arrest) *(not civil
   harassment)* (08)
Defamation (e.g., slander, libel)
   (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
   Legal Malpractice
   Other Professional Malpractice
      *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
   Breach of Rental/Lease
      Contract *(not unlawful detainer
         or wrongful eviction)*
   Contract/Warranty Breach–Seller
      Plaintiff *(not fraud or negligence)*
   Negligent Breach of Contract/
      Warranty
   Other Breach of Contract/Warranty
Collections (e.g., money owed, open
   book accounts) (09)
   Collection Case–Seller Plaintiff
   Other Promissory Note/Collections
      Case
Insurance Coverage *(not provisionally
   complex)* (18)
   Auto Subrogation
   Other Coverage
Other Contract (37)
   Contractual Fraud
   Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
   Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
   Writ of Possession of Real Property
   Mortgage Foreclosure
   Quiet Title
   Other Real Property *(not eminent
      domain, landlord/tenant, or
      foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
   drugs, check this item; otherwise,
   report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
   Writ–Administrative Mandamus
   Writ–Mandamus on Limited Court
      Case Matter
   Writ–Other Limited Court Case
      Review
Other Judicial Review (39)
   Review of Health Officer Order
   Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
   *(arising from provisionally complex
   case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
   Abstract of Judgment (Out of
      County)
   Confession of Judgment *(non-
      domestic relations)*
   Sister State Judgment
   Administrative Agency Award
      *(not unpaid taxes)*
   Petition/Certification of Entry of
      Judgment on Unpaid Taxes
   Other Enforcement of Judgment
      Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
   above)* (42)
   Declaratory Relief Only
   Injunctive Relief Only *(non-
      harassment)*
   Mechanics Lien
   Other Commercial Complaint
      Case *(non-tort/non-complex)*
   Other Civil Complaint
      *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
   Governance (21)
Other Petition *(not specified
   above)* (43)
   Civil Harassment
   Workplace Violence
   Elder/Dependent Adult
      Abuse
   Election Contest
   Petition for Name Change
   Petition for Relief From Late
      Claim
   Other Civil Petition

1  CONRAD J. KUYAWA (SBN 300226)
   LAW OFFICES OF CONRAD KUYAWA
2  530 Divisadero St, PMB 804
   San Francisco, CA 94117                    Per local Rule, This case is assigned to
3  Tel: (925) 233-5544                        Judge Fannin, Jill C, for all purposes.
4  Fax: (925) 378-5922
   Conrad@ConradLegalOffice.com
5
   *Propria Persona*
6                                                           SUMMONS ISSUED
7
8              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                FOR THE CONTRA COSTA – CIVIL UNLIMITED
10
11  CONRAD J. KUYAWA,                    Case No.    C23-02338
12                 Plaintiff,            **PLAINTIFF'S COMPLAINT FOR:**
                                         **(1) BREACH OF EXPRESS**
13       ·v.                             **    WARRANTY;**
14                                       **(2) VIOLATION OF THE SONG-**
    MERCEDES-BENZ USA, LLC, a Delaware   **    BEVERLY CONSUMER**
15  Limited Liability Company doing business in  **    WARRANTY ACT: BREACH OF**
    California; MERCEDES-BENZ WARRANTY a **    THE IMPLIED WARRANTY OF**
16  business entity unknown doing business in    **    MERCHANTABILITY;**
    California and DOES 1 through 30,    **(3) VIOLATION OF THE SONG-**
17                                       **    BEVERLY CONSUMER**
                   Defendants.           **    WARRANTY ACT: FAILURE TO**
18                                       **    COMPLETE REPAIRS WITHIN 30**
19                                       **    DAYS.**
20       **NOTICE IS HEREBY GIVEN THAT** Plaintiff CONRAD JOSEPH KUYAWA ("Plaintiff")
21  Complains against Defendants MERCEDES-BENZ USA, LLC, a Delaware Limited Liability
22  Company doing business in California; and DOES 1 through 30 and MERCEDES-BENZ
23  WARRANTY (Collectively "Defendants") as follows:
24                                 **PARTIES**
25  **A. PLAINTIFF CONRAD J. KUYAWA**
26       Plaintiff Conrad J. Kuyawa is an individual and at all relevant times was an individual who
27  purchased a "pre-owned" 2019 Mercedes-Benz Model S560, VIN: WDDUG8DB5KA482569,
28

                                   - 1 -
                         **PLAINTIFF'S COMPLAINT**

1  (hereinafter "Vehicle") that is the subject of this action that came with a factory warranty from Maserati

2  Walnut Creek, 2330 N. Main Street, Walnut Creek, California 94596.

3    **B. DEFENDANT MERCEDES-BENZ USA, LLC**

4    Defendant Mercedes-Benz USA, LLC is a Delaware Limited Liability Company Registered in

5  California with principal offices at One Mercedes-Benz Drive Sandy Springs, Georgia. Mercedes-Benz

6  USA, LLC manufactured the Vehicle and provided the vehicle service parts and accessories warranty

7  for the Vehicle.

8    **C. DEFENDANT MERCEDES-BENZ WARRANTY**

9    Defendant Mercedes-Benz Warranty is a business entity unknown, subsidiary and/or agent of

10  Mercedes-Benz USA, LLC with offices in Sandy Springs, Georgia. Mercedes-Benz USA, LLC

11  manufactured the Vehicle and provided the vehicle service parts and accessories warranty for the

12  Vehicle by and through Mercedes-Benz Warranty.

13    **D. CROSS-DEFENDANTS DOES 1-30**

14    Cross-Defendants DOES 1-30 are not yet known to Plaintiff. Defendants DOES 1-30 at all relevant

15  and material times were actual and/or apparent and/or ostensible agents of each and all of the other

16  Defendants and acting in concert with each and/or all the Defendants. Plaintiff reserves the right to name

17  any or all DOES 1-30 should facts later reveal that such individuals or entities were acting in concert

18  with each, any, or all of Defendants.

19    <u>**VENUE AND JURISDICTION**</u>

20    Plaintiff brings this Complaint for violations of the Song-Beverly Consumer Warranty Act, and

21  California common law. The amount in controversy exceeds the minimum required by this Court.

22  Accordingly, this Court has jurisdiction over the claims in this matter.

23    Contra Costa County is the proper venue given that the events underlying this lawsuit transactions

24  occurred in, County of Contra Costa, City of Walnut Creek.

25    <u>**FACTUAL BACKGROUND COMMON TO ALL CAUSES OF ACTION**</u>

26    1.  Plaintiff is informed and believes, and thereon alleges that he purchased the Vehicle at Walnut

27  Creek Luxury Cars, LLC, 2330 N. Main Street, Walnut Creek, California 94596 on January 2, 2021, for

28  $78,990.00. Attached hereto as Exhibit 1 is a true and correct copy of the purchase information related

1 to the vehicle.

2     2. The Vehicle came with a factory warranty from Mercedes-Benz/Mercedes-Benz Warranty.

3     3. At the time of purchase, the odometer of the Vehicle stated that there were only 13,643 miles

4 on the vehicle.

5     4. The price of the vehicle came with the assumption it was a quality luxury vehicle with low

6 mileage and that would perform as expected.

7     5. Because the Vehicle was only a 2019 and still came with its original warranty and had very low

8 mileage, Plaintiff had no reason to believe that the Vehicle would run into extensive engine and other

9 issues before it reached 30,000 miles.

10     6. Being sold as a vehicle under warranty and the brand having a reputation (and is advertised as)

11 being of high quality even after decades was the reason Plaintiffs purchased the vehicle and was willing

12 to pay the amount of money that was paid.

13     7. However, in late 2022 to early 2023 the Vehicle's engine began shaking and at some point, the

14 check engine light came on.

15     8. At that time the Vehicle only had 27,161 miles on it. (Attached hereto as Exhibit 2 is a true and

16 correct copy of the repair documents that show the mileage of the vehicle at the time it was sent to the

17 Mercedes Benz of Walnut Creek for repairs).

18     9. Plaintiff took the Vehicle back to Defendant Mercedes Benz of Walnut Creek for repair on

19 February 18, 2023.

20     10. The Vehicle remained in the state of repair until March 30, 2023, a full 40 days after it was

21 taken in for service.

22     11. Plaintiff did not have use of the Vehicle during this extended length of time.

23     12. When Plaintiff received the Vehicle back, it had undergone 8 pages of what were substantial

24 repairs to the engine and as well as other repairs. (See Exhibit 2).

25     13. Plaintiff is informed, believes and thereon alleges that the Vehicle was not sold to him after it

26 passed a "comprehensive inspection and reconditioning process".

27     14. Plaintiff is informed, believes and thereon alleges that the Vehicle was not sold to him after it

28 passed "rigorous standards for quality and reliability".

15. When Plaintiff tried to submit a claim at the address that was indicated in the warranty (Mercedes-Benz USA, LLC) that covered the Vehicle, it was returned twice.

16. When Plaintiff had his staff attempt to call the claims number for Mercedes-Benz USA, LLC, warranty at the telephone number on the factory warranty they were never able to speak to someone to provide a claim and there did not seem to be a claim processing system in place.

WHEREFORE, Plaintiff prays for judgement against Defendants and each of them in an amount to be determined at trial.

## FIRST CAUSE OF ACTION

### (Breach of Express Warranty)
### (Against all Defendants)

17. Plaintiff incorporates by reference as though set forth herein, all preceding paragraphs.

18. "An express warranty 'is a contractual promise from the seller that the goods conform to the promise. If they do not, the buyer is entitled to recover the difference between the value of the goods accepted by the buyer and the value of the goods had they been as warranted.' " (*Dagher v. Ford Motor Co.* (2015) 238 Cal.App.4th 905, 928 [190 Cal.Rptr.3d 261].)

19. "A warranty relates to the title, character, quality, identity, or condition of the goods. The purpose of the law of warranty is to determine what it is that the seller has in essence agreed to sell." (*Keith v. Buchanan* (1985) 173 Cal.App.3d 13, 20 [220 Cal.Rptr. 392], internal citation omitted.)

20. "Privity is not required for an action based upon an express warranty." (*Hauter v. Zogarts* (1975) 14 Cal.3d 104, 115, fn. 8 [120 Cal.Rptr. 681, 534 P.2d 377].)

21. "(Magnuson-Moss governs warranties for consumer products distributed in interstate commerce. It requires disclosures in connection with written warranties, regulates the substantive content of warranties, and establishes a federal cause of action for breach of a written or an implied warranty (15 U.S.C. § 2310(d)), among other provisions. Magnuson-Moss does not substitute federal law for state law of consumer product warranties, but instead supplements state law. (*Walsh v. Ford Motor Co.* (D.C. Cir. 1986) 257 U.S. App.D.C. 85 [807 F.2d 1000, 1012–1014].) "Magnuson-Moss 'calls for the application of state written and [***13] implied warranty law, not the creation of additional federal law,' except in specific instances in which it expressly prescribes a regulating rule. [Citation.]"

1   (*Daugherty v. American Honda Motor* Co., Inc. (2006) 144 Cal.App.4th 824, 833 [51 Cal. Rptr. 3d 118],

2   quoting *Walsh*, supra, 807 F.2d at p. 1012.)" *Orichian v. BMW of North America, LLC*, 226 Cal. App.

3   4th 1322, 1330-1331.

4      22. "If the manufacturer or its representative fails to service or repair a new motor vehicle to

5   conform to an express warranty after a reasonable number of attempts, the manufacturer must either

6   replace the new motor vehicle or make restitution to the buyer. (Id., subd. (d).) A defect or

7   nonconformity for purposes of Song-Beverly is defined as "a nonconformity which substantially impairs

8   the use, value, or safety of the new motor vehicle to the buyer or lessee."9 (Civ. Code, § 1793.22, subd.

9   (e)(1).) A buyer who is damaged by the failure to comply with an express warranty may bring an action

10  for damages and other legal and equitable relief. (Id., § 1794, subd. (a).)" *Orichian v. BMW of North*

11  *America, LLC*, 226 Cal. App. 4th 1322, 1331

12     23. "Magnuson-Moss  [***16] defines a " 'written warranty' " as "(A) any written affirmation of

13  fact or written promise made in connection with the sale of a consumer product by a supplier to a buyer

14  which relates to the nature of the material or workmanship and affirms or promises that such material or

15  workmanship is defect free or will meet a specified level of performance over a specified period of time,

16  or [¶] (B) any undertaking in writing in connection with the sale by a supplier of a consumer product to

17  refund, repair, replace, or take other remedial action with respect to such product in the event that such

18  product fails to meet the specifications set forth in the undertaking, which written affirmation, promise,

19  or undertaking becomes part of the basis of the bargain between a supplier and a buyer for purposes

20  other than resale of such product." (15 U.S.C. § 2301(6).) It is undisputed that the limited warranty here

21  constitutes a written warranty under section 2301(6)(B) above." *Orichian v. BMW of North America,*

22  *LLC,* 226 Cal. App. 4th 1322, 1332.

23     24. Plaintiff was harmed because Defendants represented in a written warranty that the Vehicle

24  would be of high quality, would function as expected and if it failed to do so, it could be repaired such

25  that the Vehicle would perform and function as express in the written warranty.

26     25. The Vehicle did not perform as was expected and as was represented by the written warranty

27  provided by Defendants.

28     26. Plaintiff took reasonable steps to notify Defendant within a reasonable time that the Vehicle

1   was not as represented and all attempts to notify Defendant failed because there was an incorrect address

2   in the warranty and the phone number provided did not permit any facilitation of the processing of a

3   claim.

4       27. As a result of Defendants, Plaintiff was harmed and the failure of the Vehicle to perform as was

5   represented was a substantial factor in causing Plaintiff's harm.

6       WHEREFORE, Plaintiff prays for judgement against Defendants and each of them in an amount

7   to be determined at trial.

8                                    **SECOND CAUSE OF ACTION**

9                               **(Song-Beverly Consumer Warranty Act**
                               **Breach of Implied Warranty of Merchantability)**
10                                    **(Against all Defendants)**

11      1.  Plaintiff incorporates by reference as though set forth herein, all preceding paragraphs.

12      2.  "As defined in the Song-Beverly Consumer Warranty Act, 'an implied warranty of

13  merchantability guarantees that 'consumer goods meet each of the following: [¶] (1) Pass without

14  objection in the trade under the contract description. [¶] (2) Are fit for the ordinary purposes for which

15  such goods are used. [¶] (3) Are adequately contained, packaged, and labeled. [¶] (4) Conform to the

16  promises or affirmations of fact made on the container or label.' Unlike an express warranty, 'the implied

17  warranty of merchantability arises by operation of law' and 'provides for a minimum level of quality.'

18  'The California Uniform Commercial Code separates implied warranties into two categories. An implied

19  warranty that the goods "shall be merchantable" and "fit for the ordinary purposes" is contained in

20  California Uniform Commercial Code section 2314. Whereas an implied warranty that the goods shall

21  be fit for a particular purpose is contained in section 2315. [¶] Thus, there exists in every contract for

22  the sale of goods by a merchant a warranty that the goods shall be merchantable. The core test of

23  merchantability is fitness for the ordinary purpose for which such goods are used. (§ 2314.)' " (*Isip v.*

24  *Mercedes-Benz USA, LLC* (2007) 155 Cal.App.4th 19, 26–27 [65 Cal.Rptr.3d 695], internal citations

25  omitted.)

26      3.  "Here the alleged wrongdoing is a breach of the implied warranty of merchantability imposed

27  by the Song-Beverly Consumer Warranty Act. Under the circumstances of this case, which involves the

28  sale of a used automobile, the element of wrongdoing is established by pleading and proving (1) the

1  plaintiff bought a used automobile from the defendant, (2) at the time of purchase, the defendant was in

2  the business of selling automobiles to retail buyers, (3) the defendant made express warranties with

3  respect to the used automobile, and (4) the automobile was not fit for ordinary purposes for which the

4  goods are used. Generally, '[t]he core test of merchantability is fitness for the ordinary purpose for which

5  such goods are used.' " (*Gutierrez v. Carmax Auto Superstores California* (2018) 19 Cal.App.5th 1234,

6  1246 [248 Cal.Rptr.3d 61] [citing this instruction], internal citations omitted.)

7      4.  "Unless specific disclaimer methods are followed, an implied warranty of merchantability

8  accompanies every retail sale of consumer goods in the state." (*Music Acceptance Corp. v. Lofing* (1995)

9  32 Cal.App.4th 610, 619 [39 Cal.Rptr.2d 159].)

10      5.  "The [Song Beverly] act provides for both express and implied warranties, and while under a

11  manufacturer's express warranty the buyer must allow for a reasonable number of repair attempts within

12  30 days before seeking rescission, that is not the case for the implied warranty of merchantability's

13  bulwark against fundamental defects." (*Brand v. Hyundai Motor America* (2014) 226 Cal.App.4th 1538,

14  1545 [173 Cal.Rptr.3d 454].)

15      6.  "The Song-Beverly Act incorporates the provisions of [California Uniform Commercial Code]

16  sections 2314 and 2315. It 'supplements, rather than supersedes, the provisions of the California

17  Uniform Commercial Code' by broadening a consumer's remedies to include costs, attorney's fees, and

18  civil penalties." (*American Suzuki Motor Corp., supra*, 37 Cal.App.4th at p. 1295, fn. 2, internal citation

19  omitted.)

20      7.  "The implied warranty of merchantability may be breached by a latent defect undiscoverable at

21  the time of sale. Indeed, '[u]ndisclosed latent defects ... are the very evil that the implied warranty of

22  merchantability was designed to remedy.' In the case of a latent defect, a product is rendered

23  unmerchantable, and the warranty of merchantability is breached, by the existence of the unseen defect,

24  not by its subsequent discovery." (*Mexia v. Rinker Boat Co., Inc.* (2009) 174 Cal.App.4th 1297, 1304–

25  1305 [95 Cal.Rptr.3d 285], internal citations omitted.)

26      8.  "[Defendant] suggests the 'implied warranty of merchantability can be breached only if the

27  vehicle manifests a defect that is so basic it renders the vehicle unfit for its ordinary purpose of providing

28  transportation.' As the trial court correctly recognized, however, a merchantable vehicle under the

1  statute requires more than the mere capability of 'just getting from point "A" to point "B." ' " (*Brand*,

2  *supra*, 226 Cal.App.4th at p. 1546.)

3      9.  Plaintiff is informed and believes, and thereon alleges that the Vehicle did not have the quality

4  that a buyer would reasonably expect.

5      10. Plaintiff is informed and believes, and thereon alleges that the Vehicle did not have the quality

6  that a buyer would expect given the age and that it came with a warranty.

7      11. Plaintiff is informed and believes, and thereon alleges that the Vehicle was manufactured by

8  and/or distributed by Defendant Mercedes-Benz USA, LLC.

9      12. At the time of the Vehicle purchase Defendant Mercedes-Benz USA, LLC was in the business

10  of manufacturing vehicles and did manufacture the Vehicle.

11      13. The Vehicle was not of the same quality as those generally acceptable in the trade.

12      14. The Vehicle was not fit for the ordinary purposes for which it is used.

13      15. The Vehicle did not measure up to the advertising and promises made on television, online in

14  print advertising and by salespeople.

15      16. As a result of the Vehicle not being of the generally acceptable quality in the trade and/or

16  because the Vehicle was not fit for the ordinary purposes for which it is used and/or because the Vehicle

17  did not measure up to the advertising and promises made in advertising on television, online, in print

18  and by salespeople, Plaintiff was harmed.

19      17. Defendants' and each of their respective breach of the implied warranty was a substantial factor

20  in causing Plaintiff harm.

21      WHEREFORE, Plaintiff prays for judgement against Defendants in an amount to be

22  determined at trial.

23                          **THIRD CAUSE OF ACTION**

24                  **(Song-Beverly Consumer Warranty Act**
                     **Failure to Complete Repairs within 30 Days)**
25                       **(Against all Defendants)**

26      18. Plaintiff incorporates by reference as though set forth herein, all preceding paragraphs.

27      19. Cal Civ Code § 1793.2 states in relevant part: "(a) Every manufacturer of consumer goods sold

28  in this state and for which the manufacturer has made an express warranty shall:

1   .... (b) Where those service and repair facilities are maintained in this state and service or repair of

2   the goods is necessary because they do not conform with the applicable express warranties, service

3   and repair shall be commenced within a reasonable time by the manufacturer or its representative

4   in this state. Unless the buyer agrees in writing to the contrary, the goods shall be serviced or

5   repaired so as to conform to the applicable warranties within 30 days. Delay caused by conditions

6   beyond the control of the manufacturer or its representatives shall serve to extend this 30-day

7   requirement. Where delay arises, conforming goods shall be tendered as soon as possible following

8   termination of the condition giving rise to the delay."

9   . . . (d) (1) Except as provided in paragraph (2), if the manufacturer or its representative in this state

10   does not service or repair the goods to conform to the applicable express warranties after a

11   reasonable number of attempts, the manufacturer *shall either replace the goods or reimburse the*

12   *buyer in an amount equal to the purchase price paid* by the buyer, less that amount directly

13   attributable to use by the buyer prior to the discovery of the nonconformity. [Emphasis added]

14   20. Plaintiff was harmed because Defendants failed to complete repairs in a reasonable time of less

15   than 30 days and in fact, the Subject Vehicle continues to have the same problems of shaking engine.

16   21. Plaintiff purchased the Subject Vehicle that was manufactured by Defendants and/or came with

17   an express manufacturing warranty ("warranty") from Defendants.

18   22. The defects of the Subject Vehicle were covered by the Defendant's warranty.

19   23. The authorized repair facility (Mercedes Benz of Walnut Creek) was unable to complete the

20   repairs within 30 days so as to conform to the applicable warranty requirements.

21   24. The authorized repair facility (Mercedes Benz of Walnut Creek) stated to Plaintiff at some point

22   that they did not believe they could repair the Vehicle.

23   25. Even after the repairs to the Subject Vehicle, Plaintiff continued to have many of the same

24   issues with the Vehicle.

25   WHEREFORE, Plaintiff prays for judgement against Defendants and each of them in an amount

26   to be determined at trial.

27   **PRAYER FOR RELIEF**

28   WHEREFORE, Plaintiff prays for the following:

1.  General damages; (replacement of vehicle and/or return of purchase price and/or warranty extension through 200,000 miles).

2.  Damages available under the Song-Beverly Consumer Warranty Act which includes costs, attorney's fees, and civil penalties.

3.  Any other damages that the Court determines are fair and equitable according to the facts and circumstances.

Respectfully Submitted,

DATED:  September 18, 2023

By:_____
CONRAD J. KUYAWA
*Pro per*

**SIGNATURE AND OATH**

I am the Plaintiff in this proceeding and have drafted the Complaint.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Respectfully Submitted,

DATED:  September 18, 2023

By:_____
CONRAD J. KUYAWA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 1

PLAINTIFF'S COMPLAINT

# VEHICLE/VESSEL TRANSFER AND REASSIGNMENT FORM

**INSTRUCTIONS ON REVERSE SIDE — ALL SIGNATURES MUST BE IN INK — PHOTOCOPIES NOT ACCEPTED**

This form is not the ownership certificate. It must accompany the titling document or Application for Duplicate Title. For Car Buyer's Bill of Rights, visit www.dmv.ca.gov.

ACQUISITION NUMBER *(DISMANTLER ONLY)*

**SECTION 1 — VEHICLE/VESSEL DESCRIPTION**   Deal #6268, Stock #FWT1435

| IDENTIFICATION NUMBER | YEAR MODEL | MAKE | LICENSE PLATE/CF NO. | MOTORCYCLE ENGINE NUMBER |
|---|---|---|---|---|
| WDDUG8DB5KA482569 | 2019 SL550 | MERCEDES-BENZ | | |

**SECTION 2 — BILL OF SALE**

I/We  WALNUT CREEK LUXURY CARS, LLC
PRINT SELLER'S NAME(S)
_____ sell, transfer, and deliver the above vehicle/vessel

to  CONRAD J KUYAWA INC CONRAD JOSEPH KUYAWA
PRINT BUYER'S NAME(S)
on | 01 | 02 | 2021 | for the amount of  $ 78990.00
      MO   DAY   YEAR                              (SELLING PRICE)

If this was a gift, indicate relationship: _____ *(e.g., parents, spouse, friend, etc.)*   $ _____ (GIFT VALUE)

**SECTION 3 — ODOMETER DISCLOSURE STATEMENT** *(Void if Mileage is Altered or Erased)*

*Federal and State Law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.*

The odometer now reads | 1 | 3 | , | 6 | 4 | 3 | 10/ths | **(no tenths)** miles, and to the best of my knowledge reflects the **ACTUAL** mileage *unless one of the following statements is checked.*

**WARNING—ODOMETER DISCREPANCY**

☐ Odometer reading is **NOT** the actual mileage          ☐ Mileage **EXCEEDS** the odometer mechanical limits

Explain odometer discrepancy: _____

**SECTION 4 — BUYER AND SELLER** *(MUST hand print his or her name, date and sign this section.)*

### BUYER'S SECTION

*I acknowledge the odometer reading and the facts of the transfer. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| PRINT BUYER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| CONRAD J KUYAWA INC | X | 01/02/2021 | |
| PRINT BUYER'S NAME<br>CONRAD JOSEPH KUYAWA | SIGNATURE<br>X | DATE<br>01/02/2021 | DL/ID OR DEALER/DISM # |
| PRINT BUYER'S NAME | SIGNATURE<br>X | DATE | DL/ID OR DEALER/DISM # |
| BUYER'S MAILING ADDRESS<br>█████ | CITY<br>PITTSBURG | STATE<br>CA | ZIP CODE<br>94565 | DAYTIME TELEPHONE NO.<br>(███) █████ |

### SELLER'S SECTION

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| PRINT SELLER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| WALNUT CREEK LUXURY CARS, LLC | X | 01/02/2021 | 97570 |
| PRINT SELLER'S NAME | SIGNATURE<br>X | DATE | DL/ID OR DEALER/DISM # |
| PRINT SELLER'S NAME | SIGNATURE<br>X | DATE | DL/ID OR DEALER/DISM # |
| SELLER'S MAILING ADDRESS<br>2330 N. MAIN ST | CITY<br>WALNUT CREEK | STATE<br>CA | ZIP CODE<br>94596 | DAYTIME TELEPHONE NO.<br>(925) 444-2000 |

**SECTION 5 — POWER OF ATTORNEY**

I/We CONRAD J KUYAWA INC CONRAD JOSEPH KUYAWA
PRINT NAME(S)
appoint WALNUT CREEK LUXURY CARS, LLC
PRINT NAME(S)

as my attorney in fact, to complete all necessary documents, as needed, to transfer ownership as required by law.

| SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY | DATE |
|---|---|
| X | 01/02/2021 |
| SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY<br>X | DATE<br>01/02/2021 |

**LAW** FORM.NO. CA-VTR00 (REV. 10/2011)
The Reynolds and Reynolds Company   TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055

THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

**Page 2**

## Who we are

| Who is providing this notice? | Luxury Motor Cars, LTD. |
|---|---|

## What we do

| How does Luxury Motor Cars, LTD. protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
|---|---|
| How does Luxury Motor Cars, LTD. collect my personal information? | We collect your personal information, for example, when you<br>■ Complete a credit application<br>■ Apply for financing or for a lease<br>■ Provide employment information<br>■ Give us your contact information<br>■ Show your driver's license<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>■ sharing for affiliates' everyday business purposes–information about your creditworthiness<br>■ affiliates from using your information to market to you<br>■ sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. |

## Definitions

| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>■ *Luxury Motor Cars, LTD. has no affiliates.* |
|---|---|
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>■ *Luxury Motor Cars, LTD. does not share with nonaffiliates so they can market to you.* |
| Joint Marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>■ *Our joint marketing partners include vehicle finance companies and related institutions.* |

## Other important information

**To provide you with additional information regarding our privacy practices and your rights under the California Consumer Privacy Act, a copy of our Notice at Collection of Personal Information has been made available to you. Our Privacy Policy may be accessed at www.tlcwc.com. By signing below, you acknowledge receipt of this Privacy Notice.**

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Signature | Date | Signature | Date |
| _____ | | _____ | |
| Print Name | | Print Name | |

Rev. 1/2020

| FACTS | WHAT DOES LUXURY MOTOR CARS, LTD. DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>■ Social Security number and income<br>■ account balances and payment history<br>■ credit history and employment information<br><br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Luxury Motor Cars, LTD. chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Luxury Motor Cars, LTD. share? | Can you limit this sharing? |
|---|:---:|:---:|
| **For our everyday business purposes–** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes–** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | No | We don't share |
| **For our affiliates' everyday business purposes–** information about your transactions and experiences | No | We don't share |
| **For our affiliates' everyday business purposes–** information about your creditworthiness | No | We don't share |
| **For affiliates to market to you** | No | We don't share |
| **For nonaffiliates to market to you** | No | We don't share |

| Questions? | Call (925) 444-2000 |
|---|---|

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 2

**PLAINTIFF'S COMPLAINT**

CUSTOMER #: 543535                    934130           **MERCEDES BENZ OF WALNUT CREEK**

                                   *INVOICE*                    1301 PARKSIDE DRIVE
CONRAD KUYAWA                                    Mercedes-Benz    WALNUT CREEK, CA 94596
PITTSBURG, CA ███████                  PAGE 1                   (925) 937-1655

HOME:                    CONT:                              BAR# AL 242307      EPA# CAL 000300338
BUS:                     CELL: ████████                              SMOG# ARD 242307
                                        SERVICE ADVISOR: 2818 MAURICIO ROCHIN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
|       | 19   | MERCEDES-BENZ S560 | WDDUG8DB5KA482569 |  | 27161/27164 | T6836 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|------------|----------|--------|------|---------|-----------|
| 18FEB23 DD |          |            | 17:00 18MAR23 |    | 0.00 | CASH | 30MAR23 |

| R.O. OPENED | READY | OPTIONS: DLR:05158 |
|-------------|-------|--------------------|
| 13:54 18FEB23 | 15:23 30MAR23 |  |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A CUSTOMER STATES ENGINE IS SHAKING AND CHECK ENGINE LIGHT IS ON CHECK
      AND ADVISE
CAUSE:
      540650 ON-BOARD POWER SUPPLY VOLTAGE MAINTAIN
            (WHEN CHECKING/ TESTING AND TROUBLESHOOTING)
            532   W76                                              (N/C)
      1 176-010-93-02 CYLINDER HEAD                                (N/C)
      16 002-990-51-14 STUD BOLT                                   (N/C)
      21 001-990-57-22-64 SCREW, ROUND HEXAL. HEAD                 (N/C)
      2 270-015-02-00 END COVER                                    (N/C)
      1 017-997-21-48 SEAL RING,VLRUB                              (N/C)
      1 177-016-53-00 CYLINDER HEAD GASKET                         (N/C)
      10 000-016-00-00-64 CYLINDER HEAD BOLT                       (N/C)
      9 000000-006365 HEXALOBULAR BOLT                             (N/C)
      3 000-990-84-19 SCREW WITH FEATURE                           (N/C)
      1 003-989-98-20-10 SEALANT MB                                (N/C)
      3 000-017-03-00 SEALING RING                                 (N/C)
      2 000-997-79-04 O RING                                       (N/C)
      1 000-997-65-07-65 O RING                                    (N/C)
      1 177-052-41-00 CHAIN SLIDING RAIL                           (N/C)
      8 177-050-43-00 EXHAUST VALVE                                (N/C)
      8 177-053-00-00 INTAKE VALVE                                 (N/C)
      4 264-053-14-00 VALVE STEM SEAL                              (N/C)
      16 271-053-07-25 SPRING RETAINER                             (N/C)
      8 177-053-05-00 VALVE SPRING                                 (N/C)
      8 177-053-06-00 VALVE SPRING                                 (N/C)
      16 270-053-01-25 VALVE SPRING CAP                            (N/C)
      32 000-053-11-26 VALVE COLLET                                (N/C)
      16 642-050-00-80 HYDRAULIC ELEMENT                           (N/C)
      16 256-050-72-00 ROLLER CAM FOLLOWER                         (N/C)
      1 021-997-97-45 O RING                                       (N/C)
      4 177-072-00-00 TS SPRING F INJECTOR                         (N/C)
      8 015-997-83-45 O RING                                       (N/C)
      2 000-997-25-05 O RING                                       (N/C)

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: | *HAZARDOUS WASTE DISPOSAL COSTS: We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law. | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| $ | $ |  |  | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |  | LABOR AMOUNT |  |
|  |  |  |  |  |  | PARTS AMOUNT |  |
| Revised Estimate $ | $ |  |  | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |  | GAS, OIL, LUBE |  |
|  |  |  |  |  |  | SUBLET AMOUNT |  |
| ☐ Tire pressure check/inflation service was performed. | | | | | ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED. | WASTE DISPOSAL COSTS * |  |
| RF___psi LF___psi RR___psi LR___psi | | | | | | TOTAL CHARGES |  |
| ☐ Customer declined tire pressure check/inflation service. | | | Initials | | | LESS INSURANCE |  |
| By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. | | | | | ☐ Some Parts Not Returnable | SALES TAX |  |
| DATE | CUSTOMER SIGNATURE | | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE | | | PLEASE PAY THIS AMOUNT |  |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAP  2014 CDK Global, LLC  (01/17) SERVICE INVOICE TYPE 3 - S/7C - "LIMITED WARRANTY" - CALIFORNIA - 3 PART

CUSTOMER COPY

Mercedes-Benz

# VEHICLE SERVICE PARTS AND ACCESSORIES LIMITED WARRANTY

## This Limited Warranty covers:

DEFECTS: Mercedes-Benz USA, LLC (MBUSA) warrants to the original purchaser and each subsequent owner of Mercedes-Benz genuine service replacement parts, equipment, or factory approved accessories, except tires, installed on a Mercedes-Benz vehicle which is operated in the USA or Canada under normal use and service to be free from defects in material and workmanship.

ANY MERCEDES-BENZ PASSENGER CAR OR LIGHT TRUCK DEALER: Any authorized Mercedes-Benz Center (passenger car or light truck, as applicable) of the purchaser's choice will, without charge, perform warranty repairs or replacements. The purchaser must return the defective part or accessory to the dealer's place of business during normal service hours. A reasonable time should be allowed for performance of the repair after taking the part to the Mercedes-Benz Center.

WARRANTY PERIOD. This warranty is for 12 months unlimited mileage from date of purchase.

Automatic transmissions are warranted for 24 months or 24,000 miles, whichever comes first, from date of purchase.

Engines and long blocks are warranted for 48 months or 50,000 miles, whichever comes first, from the date of installation as of May 20, 1998.

Trailer hitches, carriers, wind deflectors, grill guards, step bars, fender flares, running boards, spoilers and fog lights are warranted for 48 months or 50,000 miles, whichever occurs first if installed prior to or at retail delivery of a new Mercedes-Benz vehicle. This warranty will only be for the remaining portion of the New Vehicle Limited Warranty or 12 months with unlimited mileage, whichever is longer from the date of purchase if these accessories are installed after retail delivery of a new Mercedes-Benz vehicle.

This warranty applies only if the accessories listed above are installed by MBUSA or an authorized Mercedes-Benz Center. If these accessories are installed after expiration of the New Vehicle Limited Warranty or are sold over-the-counter, the 12 months' unlimited mileage warranty from date of purchase applies.

Remote key replacement batteries are covered for 90 days from the battery purchase date.

MB Cellular Telephone replacement batteries are covered for 12 months from the battery purchase date. For vehicle batteries, see Vehicle Battery Limited Warranty, Form S-0417-800-A.

WARRANTY STARTS: The warranty period starts from the date of purchase of the part or accessory. The dealer (passenger car or light truck, as applicable) must be furnished with the customer's copy of the original sales receipt on counter sales or the customer's copy of the repair order on Dealer installations to validate the date of purchase.

NO CHARGE: Warranty repairs will be made at no charge for parts and labor when performed at an authorized Mercedes-Benz Retailer (passenger car or light truck, as applicable).

WARRANTY PERIOD FOR ACCESSORIES (OTHER THAN CHILD SEATS, ELECTRONIC ACCESSORIES OR PORTABLE/REMOVABLE ELECTRONIC DEVICES): If installed on a Mercedes-Benz vehicle ("Vehicle") by an Authorized Dealer prior to or at retail delivery, coverage is for the duration of the Mercedes-Benz New Vehicle Limited Warranty ("NVLW"). If purchased after the original sale/lease of the Vehicle and installed on the Vehicle by an Authorized Dealer, coverage is for the remainder of the NVLW or 24 months, whichever is longer. If an extended limited warranty ("ELW") from MBUSA is applicable to the Vehicle on which the accessory was installed by an Authorized Dealer, coverage is for the remainder of the ELW or 24 months from the date of installation whichever is longer.

If installed by an Authorized Dealer on a Certified Pre-Owned Vehicle at the time of purchase/lease, coverage is for the duration of a Mercedes-Benz Certified Pre-Owned Limited Warranty ("CPOW") period or 24 months, whichever is longer. If installed by an Authorized Dealer after the purchase of a Certified Pre-Owned Vehicle, coverage is for the remainder of the CPOW or 24 months, whichever is longer.

If purchased over-the-counter/not installed by an Authorized Dealer coverage is for 12 months from the date of purchase.

WARRANTY PERIOD FOR CHILD SEATS AND ELECTRONIC ACCESSORIES: Child safety seats and electronic accessories (including, but not limited to, Rear-Seat Entertainment Systems and Bluetooth devices for hands-free communication) are covered for 24 months from date of purchase.

WARRANTY PERIOD FOR PORTABLE/REMOVABLE ELECTRONIC DEVICES: Electronic devices that are not permanently installed in the Vehicle or that are portable from the Vehicle (including but not limited to phone handsets, portable navigation devices, headphones and remote controls) are covered for 12 months from the date of purchase.

ITEMS NOT COVERED FOR ALL ACCESSORIES: (1) Damage caused by accident, misuse or negligence. (2) Damage resulting from lack of required maintenance. (3) Normal wear and tear. (4) Required maintenance. (5) Damage resulting from alteration. (6) Damage cause by the use of other than approved service parts and accessories. (7) Damage from abuse, including but not limited to environmental exposure, use contrary to instructions, or use in applications or installation in vehicles other than those for which the product is designed. (8) Damage resulting from faulty installation. (9) Items not supported by proof of purchase and/or proof of dealer installation where required.

## This Limited Warranty does not cover:

TIRES: Replacement tires are warranted by the tire manufacturer.

DAMAGES DUE TO ACCIDENTS, MISUSE OR NEGLIGENCE: Parts damaged due to abuse, misuse, neglect, alteration or accident, or which have been improperly installed, repaired, or lubricated, or used in applications for which they were either not designed or approved by MBUSA. Defects or damage from improper testing, operation, maintenance, adjustment, or alteration or modification of any kind.

NORMAL MAINTENANCE IS AT OWNER'S EXPENSE: The expense for cleaning, adjusting or replacing of parts, such as air, oil, and fuel filters, windshield wiper blades, light bulbs, distributor points, or condensers, in the course of normal maintenance is the owner's responsibility. The expense for replacing spark plugs that are oil or lead fouled or which fail due to the use of low grade fuel, improper selection of heat range or misapplication is the owner's responsibility.

DAMAGE CAUSED BY REPAIR PARTS: Malfunctions caused by the use of other than original Mercedes-Benz spare parts and accessories.

DAMAGE FROM THE ENVIRONMENT: Parts made from cloth or leather (upholstery, convertible tops, trim items), wood, paint or chrome which have been affected by airborne fallout, such as chemicals and tree sap, or by road salt, hail, windstorm or other environmental factors. Damage caused by an act of God, including without limitation, earthquake, fire, flood, storms or other acts of nature.

DAMAGE TO GLASS: Glass breakage or scratches are not covered unless positive physical proof of a manufacturing fault can be established.

## This Limited Warranty does not cover:

NON-M-B CENTER INSTALLATION: Labor for removal and replacement of defective parts and accessories sold by an authorized Mercedes-Benz Retailer (passenger car or light truck, as applicable), if the subsequent repair is performed by a non-authorized repair facility. Labor charges shall be paid only for service provided by an authorized Mercedes-Benz Center (passenger car or light truck, as applicable).

NON-DEFECTIVE PARTS: All parts including parts sold over-the-counter (non-M-B Center installation) are subject to warranty parts testing. If a warranty part test result shows "No trouble found", WWW will debit the dealer for the entire claim. For parts sold over the counter, the dealer is entitled to recover any expenses from the installer.

TRANSFERRED PARTS: Service parts, equipment and accessories transferred between vehicles after installation are no longer covered by this warranty.

EXTRA EXPENSES: This warranty does not cover payment for loss of use of the vehicle during warranty repairs nor lodging bills, substitute transportation rentals, other travel costs, towing, telephone calls, loss of pay or any other indirect or consequential damage.

## Things you should know about the Mercedes-Benz Vehicle Service Parts and Accessories Limited Warranty:

GENERAL: Our intention is to repair under warranty, without charge to you, anything which is our fault that goes wrong with an original Mercedes-Benz service part or accessory that you purchased from and had installed by an authorized M-B Center (passenger car or light truck, as applicable). All we ask is that you properly maintain and care for the part or accessory and that you have warranty repairs performed by the applicable authorized Mercedes-Benz Center.

Please note the difference between "defects" and "damage" as used in the warranty. Defects are covered since we, the distributor, are responsible. Conversely, we have no control over damage caused by such things as, but not limited to collision, misuse, and lack of maintenance. Therefore, damage for whatever reason is not covered by the warranty.

Maintenance services are also not covered by the warranty since it is the owner's responsibility to maintain the vehicle according to the maintenance requirements provided.

CUSTOMER REPAIR ORDER: Your servicing M-B Center will give you a copy of the Repair Order on all warranty repairs performed. Please keep this copy with your vehicle records.

### What to do if there is a question regarding the Limited Warranty:

The satisfaction and goodwill of Mercedes-Benz owners is of primary concern to Mercedes-Benz passenger car or light truck retailers and MBUSA. In the event a warranty matter is not handled to your satisfaction, the following steps are suggested:

FIRST - Discuss the problem with your Mercedes-Benz Center's management. Talk to the Service Manager, but if you still have questions, discuss them with the Mercedes-Benz Center's owner.

THEN - Request Clarification - If unanswered questions remain, contact Mercedes-Benz USA, LLC, Customer Assistance Center, One Mercedes Drive, Montvale, New Jersey 07645-0350. 1-800-FOR-MERCedes

The Customer Assistance Center may ask for the following information:

1. Year and model of vehicle.
2. Vehicle Identification Number (VIN) stamped on windshield tag
3. Date part was purchased.
4. Your M-B Passenger Car or Light Truck Center's name.
5. Nature of problem.

Distributor in the United States:
Mercedes-Benz USA, LLC
One Mercedes Drive, P.O. Box 350
Montvale, New Jersey 07645-0350

www.MBUSA.com

This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

THIS IS THE ONLY WARRANTY GIVEN WITH THE PURCHASE OF MERCEDES-BENZ SERVICE REPLACEMENT PARTS, EQUIPMENT, OR ACCESSORIES. THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE LIMITED TO THE DURATION OF THE WARRANTY OUTLINED ABOVE FROM THE DATE OF PURCHASE. DAIMLERCHRYSLER AG, MERCEDES-BENZ U.S. INTERNATIONAL, INC., MERCEDES BENZ USA, LLC, MERCEDES BENZ SERVICE CORPORATION OR THE MERCEDES BENZ CENTER (PASSENGER CAR OR LIGHT TRUCK, AS APPLICABLE) NEITHER ASSUME NOR AUTHORIZE ANY OTHER PERSON TO ASSUME FOR THEM ANY OTHER LIABILITY IN CONNECTION WITH SUCH PARTS, EQUIPMENT OR ACCESSORIES.

NO PAYMENT OR OTHER COMPENSATION WILL BE MADE FOR INDIRECT OR CONSEQUENTIAL DAMAGE SUCH AS, DAMAGE OR INJURY TO PERSON OR PROPERTY OR LOSS OF REVENUE WHICH MIGHT BE PAID, INCURRED OR SUSTAINED BY REASON OF THE FAILURE OF ANY PART OR ASSEMBLY WHICH MAY BE REPAIRED OR REPLACED IN ACCORDANCE WITH THE TERMS OF THIS WARRANTY.

Some states do not allow the exclusion or limitation of incidental or consequential damages or limitation on how long an implied warranty lasts, so the above limitations may not apply to you.

## WARNING

Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. These chemicals are contained in many vehicle components and replacement parts, vehicle fluids, and paints and materials used to maintain vehicles, including, but not limited to, fuel, oil, batteries, brakes, and wheel balancing weights. When you service, clean or maintain your car, you will be exposed to listed chemicals contained in used oil, waste and replacement fluids, fumes, grease, grime, touch-up paint, certain replacement parts, and particulates from component wear. When we service your car, we will return used components to you upon request. Used parts and components contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

**To minimize your exposure when servicing, maintaining or cleaning your vehicle: 1) work in a well ventilated area; 2) do not smoke, drink or eat while working; 3) wash your hands when finished or when taking a break; and 4) follow all manufacturer instructions pertaining to proper use and maintenance of motor vehicles and vehicle components.**

(Posted in accordance with Proposition 65 in Cal. Health & Safety Code §25249.5 *et seq.*)

**ALL PARTS AND SERVICE PROVIDED AS IS BY DEALERSHIP:** ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS AND SERVICES ARE PROVIDED BY OUR DEALERSHIP AS IS. OUR DEALERSHIP DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, IN CONNECTION WITH THE SALE OF PARTS AND ACCESSORIES AND/OR SERVICES AND REPAIRS PERFORMED BY OUR DEALERSHIP. THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE VEHICLE AND PARTS AND ACCESSORIES IS WITH THE CUSTOMER AND, IF APPLICABLE, THE MANUFACTURER. IF THE VEHICLE OR ANY INSTALLED PARTS OR ACCESSORIES SHOULD PROVE DEFECTIVE FOLLOWING THEIR PURCHASE, THE CUSTOMER AND POSSIBLY THE MANUFACTURER AND NOT THE DEALERSHIP ASSUME THE ENTIRE COST OF ANY NECESSARY SERVICING OR REPAIR. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

**HAZARDOUS WASTE DISPOSAL COSTS: A CHARGE MAY BE ASSESSED TO COVER COSTS ASSOCIATED WITH THE HANDLING, MANAGEMENT AND DISPOSAL OF TOXIC WASTE OR HAZARDOUS SUBSTANCES UNDER CALIFORNIA AND FEDERAL LAW.**

### TO OUR SERVICE CUSTOMERS:

1. Our Dealership's usual charges for labor are not based on actual mechanic's time, but are simply our prices for particular jobs. 2. You will be charged no more than the estimated price approved by you. However, if we discover that different or additional repairs are necessary, you will be contacted for your advance approval of a revised estimate. 3. Customer is hereby notified that the vehicle and any of its contents are not insured or protected to the amount of the actual cash value thereof, or otherwise, against loss occasioned by theft, fire or vandalism while the property remains with the Dealership. 4. Customer states no articles of personal property have been left in the vehicle and dealer is not responsible for inspection thereof. 5. The repair of this vehicle and completion date are subject to the availability of labor and parts. The Dealership is not responsible for unavailability of parts or delays in parts shipment beyond the Dealership's control. 6. Due to the type of service requested some repairs must be sublet. 7. All labor and materials will be paid for in cash unless Dealer agrees to other payment arrangements in advance. Notice as used under PAYMENT TERMS on the front side hereof will be deemed to have been given upon deposit in the United States mail, postage prepaid, of written notification to that effect addressed to the customer at the address given on the front side hereof. 8. If the vehicle described herein is not called for within three (3) days after such notice is given, a daily storage fee will be charged. 9. The Dealership is authorized to deliver the vehicle described herein or any of its contents to any person presenting this receipt. 10. In addition to any and all other legal remedies available, I authorize the Dealership to have a lien on the vehicle described herein for all charges for repairs, including labor and parts, storage and/or towing, and to enforce such lien. The Dealership is hereby expressly authorized to sell said vehicle at public auction after giving a twenty (20) day written notice by certified mail to the legal owner, registered owner, and Department of Motor Vehicles of intent to do so. On the sale date the vehicle shall be sold to the highest cash bidder and the proceeds of sale must be used first to satisfy the lien plus storage costs and costs incident to sale, and the balance shall be forwarded to the legal owner, or if none, to the registered owner, or if the address is unknown, it shall be forwarded to the Department of Motor Vehicles. Said expenses for sale shall also include a reasonable attorney's fees, which may be necessarily incurred. 11. If any such charges remain unpaid for thirty (30) days after such request for payment. The Dealership may also refer such charges to its attorneys for collection and the customer will pay a reasonable attorney's fee. 12. The Power-of-Attorney granted on the front of this Repair Order/Invoice shall be irrevocable and shall remain in effect for so long as there is an outstanding amount due under this Repair Order/Invoice. 13. Remanufactured and refurbished parts that meet manufacturer approved source part requirements may be installed at our discretion. Additional information is available upon request. 14. I authorize the retrieval of on-board data as needed to facilitate vehicle repair, as well as sharing that data with the vehicle manufacturer for diagnostic and research purposes.

## STATEMENT CONCERNING AMENDMENTS TO THE SONG-BEVERLY WARRANTY ACT AS FOLLOWS:

**"A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws."**

**State of California - Department of Consumer Affairs: NOTICE TO MOTORISTS:**

If your vehicle fails Smog Check, federal law requires you to make necessary repairs to reduce your vehicle's emissions to required levels. If your vehicle is not under warranty and you have spent up to or more than the amount required by law for appropriate emissions-related repairs at a licensed Smog Check repair facility, you may be eligible for a one-time waiver.

Repair waivers will NOT be issued for: Vehicles with missing, modified or disconnected emissions control equipment, regardless of the costs to make repairs;
Vehicles identified as "Gross Polluters" - vehicles which have much higher emissions than properly maintained vehicles in their class;
Vehicles that obtained a repair waiver after January 1, 1995, in their most recent biennial inspection or transfer of ownership.
**Two consecutive repair waivers will not be issued after January 1, 1995.**

If you obtain a smog certificate by means of fraud, you may be subject to a civil penalty of up to $2500 per day of subject violation. Also, you may be subject to criminal prosecution. For further information, call the Department of Consumer Affairs toll-free at 1-800-952-5210.

**BY LAW, YOU MAY CHOOSE ANOTHER LICENSED SMOG CHECK FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.**

CUSTOMER #: 543535

934130

*INVOICE*

**MERCEDES BENZ OF WALNUT CREEK**

CONRAD KUYAWA

PITTSBURG, CA

PAGE 2

1301 PARKSIDE DRIVE
WALNUT CREEK, CA 94596
(925) 937-1655

Mercedes-Benz

BAR# AL 242307       EPA# CAL 000300338
SMOG# ARD 242307

HOME:          CONT:

BUS:           CELL:

SERVICE ADVISOR: 2818 MAURICIO ROCHIN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
|       | 19 | MERCEDES-BENZ S560 | WDDUG8DB5KA482569 |  | 27161/27164 | T6836 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|-----------|----------|--------|------|---------|-----------|
| 18FEB23 DD |  |  | 17:00 18MAR23 |  | 0.00 | CASH | 30MAR23 |

| R.O. OPENED | READY | OPTIONS: | DLR:05158 |
|-------------|-------|----------|-----------|
| 13:54 18FEB23 | 15:23 30MAR23 |  |  |

| LINE | OPCODE | TECH | TYPE | HOURS |  |  | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|--|------|-----|-------|
| 4 | 029-997-23-45 | | | O RING | | | | | (N/C) |
| 2 | 278-181-06-80 | | | METAL SEAL | | | | | (N/C) |
| 1 | 000-995-88-03 | | | PROFILE.CLAMP.TWO PIECE | | | | | (N/C) |
| 1 | 000-995-89-03 | | | PROFILE.CLAMP.TWO PIECE | | | | | (N/C) |
| 4 | 000-990-25-52 | | | NUT | | | | | (N/C |
| 1 | 177-142-04-80 | | | METAL SEAL | | | | | (N/C |
| 4 | 000-990-55-10 | | | SCREW | | | | | (N/C |
| 2 | 027-997-06-45 | | | O RING | | | | | (N/C |
| 3 | 910143-006002 | | | SCREW | | | | | (N/C |
| 4 | 177-141-01-80 | | | FLANGE GASKET | | | | | (N/C |
| 4 | 177-153-00-51 | | | INTERMEDIATE RING | | | | | (N/C |
| 1 | 177-142-00-80 | | | MULTI LAYER METAL SEAL | | | | | (N/C) |
| 16 | 002-990-57-54-64 | | | NUT W FLANGE, BINDING | | | | | (N/C) |
| 4 | 000-995-05-00 | | | SPARK PLUG | | | | | (N/C) |
| 1 | 022-997-98-48 | | | SEAL RING | | | | | (N/C) |
| 1 | 000-997-85-08-64 | | | O RING | | | | | (N/C) |
| 2 | 016-997-50-45 | | | SEAL RING | | | | | (N/C) |
| 6 | 000-990-39-24 | | | SCREW WITH FEATURE | | | | | (N/C) |
| 1 | 176-180-08-00 | | | TS OIL FILTER ELEMENT | | | | | (N/C) |
| 1 | 007603-014106 | | | SEAL RING,VLRUB | | | | | (N/C) |
| 90 | 000-989-79-02-19-BIFU 229.52 SAE 5W/40 | | | | | | | | (N/C) |
| 90 | HW HAZARDOUS WASTE - OIL | | | | | | | | (N/C) |
| 4 | 027-997-06-45 | | | O RING | | | | | (N/C) |
| 1 | 119-997-00-45 | | | SEAL RING,VLRUB | | | | | (N/C) |
| 4 | 027-997-06-45 | | | O RING | | | | | (N/C) |
| 4 | 030-997-20-48 | | | SEAL RING | | | | | (N/C) |
| 2 | 278-205-00-40 | | | BRACKET | | | | | (N/C) |
| 4 | 000-990-55-10 | | | SCREW | | | | | (N/C) |
| 2 | 000-490-15-41 | | | CLAMP | | | | | (N/C |
| 2 | 000000-003275-64 | | | NUT | | | | | (N/C |
| 2 | 910143-010015-64 | | | HEXALOBULAR BOLT | | | | | (N/ |
| 2 | 001-990-08-11 | | | THREAD FORMING SCREW | | | | | (N/C |
| 2 | 001-990-09-11 | | | THREAD FORMING SCREW | | | | | (N/C |
| 2 | 910143-012008 | | | SCREW | | | | | (N/C |

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By |
|-----------------------------------|----------------------------------|--------------|-------------|---------------------------|
| $ | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |
| Revised Estimate | | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |
| $ | $ | | | |

☐ Tire pressure check/inflation service was performed.
RF____psi LF____psi RR____psi LR____psi
☐ Customer declined tire pressure check/inflation service.          Initials____

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you.

DATE          CUSTOMER SIGNATURE          AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

*HAZARDOUS WASTE DISPOSAL COSTS: We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes under California and Federal Law.

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.
☐ Some Parts Not Returnable

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| WASTE DISPOSAL COSTS * | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAP 2014 CDK Global, LLC (01/17) SERVICE INVOICE TYPE 2 - S12C - "LIMITED WARRANTY" - CALIFORNIA -

**CUSTOMER COPY**



Mercedes-Benz

# VEHICLE SERVICE PARTS AND ACCESSORIES LIMITED WARRANTY.

## This Limited Warranty covers:

DEFECTS: Mercedes-Benz USA, LLC (MBUSA) warrants to the original purchaser and each subsequent owner of Mercedes-Benz genuine service replacement parts, equipment, or factory approved accessories, except tires, installed on a Mercedes-Benz vehicle which is operated in the USA or Canada under normal use and service to be free from defects in material and workmanship.

ANY MERCEDES-BENZ PASSENGER CAR OR LIGHT TRUCK DEALER: Any authorized Mercedes-Benz Center (passenger car or light truck, as applicable) of the purchaser's choice will, without charge, perform warranty repairs or replacements. The purchaser must return the defective part or accessory to the dealer's place of business during normal service hours. A reasonable time should be allowed for performance of the repair after taking the part to the Mercedes-Benz Center.

WARRANTY PERIOD: This warranty is for 12 months unlimited mileage from date of purchase. Automatic transmissions are warranted for 24 months or 24,000 miles, whichever comes first, from date of purchase.

Engines and long blocks are warranted for 48 months or 50,000 miles, whichever comes first, from the date of installation as of May 20, 1993.

Trailer hitches, carriers, wind deflectors, grill guards, step bars, fender flares, running boards, spoilers and fog lights are warranted for 48 months or 50,000 miles, whichever occurs first if installed prior to or at retail delivery of a new Mercedes-Benz vehicle. This warranty will only be for the remaining portion of the New Vehicle Limited Warranty or 12 months with unlimited mileage, whichever is longer from the date of purchase if these accessories are installed after retail delivery of a new Mercedes-Benz vehicle.

This warranty applies only if the accessories listed above are installed by MBUSA or an authorized Mercedes-Benz Center. If these accessories are installed after expiration of the New Vehicle Limited Warranty or are sold over-the-counter, the 12 months/ unlimited mileage warranty from date of purchase applies.

Remote key replacement batteries are covered for 90 days from the battery purchase date.

MB Cellular Telephone replacement batteries are covered for 12 months from the battery purchase date. For vehicle batteries, see Vehicle Battery Limited Warranty, Form S-0417-800-A.

WARRANTY STARTS: The warranty period starts from the date of purchase of the part or accessory. The dealer (passenger car or light truck, as applicable) must be furnished with the customer's copy of the original sales receipt on counter sales or the customer's copy of the repair order on Dealer installations to validate the date of purchase.

NO CHARGE: Warranty repairs will be made at no charge for parts and labor when performed at an authorized Mercedes-Benz Retailer (passenger car or light truck, as applicable).

WARRANTY PERIOD FOR ACCESSORIES (OTHER THAN CHILD SEATS, ELECTRONIC ACCESSORIES OR PORTABLE/REMOVABLE ELECTRONIC DEVICES): If installed on a Mercedes-Benz vehicle ("Vehicle") by an Authorized Dealer prior to or at retail delivery, coverage is for the duration of the Mercedes-Benz New Vehicle Limited Warranty ("NVLW"). If purchased after the original sale/lease of the Vehicle and installed on the Vehicle by an Authorized Dealer, coverage is for the remainder of the NVLW or 24 months, whichever is longer. If an extended limited warranty ("ELW") from MBUSA is applicable to the Vehicle on which the accessory was installed by an Authorized Dealer, coverage is for the remainder of the ELW or 24 months from the date of installation whichever is longer.

If installed by an Authorized Dealer on a Certified Pre-Owned Vehicle at the time of purchase/lease, coverage is for the duration of a Mercedes-Benz Certified Pre Owned Limited Warranty ("CPOW") period or 24 months, whichever is longer. If installed by an Authorized Dealer after the purchase of a Certified Pre-Owned Vehicle, coverage is for the remainder of the CPOW or 24 months, whichever is longer.

If purchased over-the-counter/not installed by an Authorized Dealer, coverage is for 12 months from the date of purchase.

WARRANTY PERIOD FOR CHILD SEATS AND ELECTRONIC ACCESSORIES: Child safety seats and electronic accessories (including, but not limited to, Rear-Seat Entertainment Systems and Bluetooth devices for hands-free communication) are covered for 24 months from date of purchase.

WARRANTY PERIOD FOR PORTABLE/REMOVABLE ELECTRONIC DEVICES: Electronic devices that are not permanently installed in the Vehicle or that are portable from the Vehicle (including but not limited to phone handsets, portable navigation devices, headphones and remote controls) are covered for 12 months from the date of purchase.

ITEMS NOT COVERED FOR ALL ACCESSORIES: (1) Damage caused by accident, misuse or negligence. (2) Damage resulting from lack of required maintenance. (3) Normal wear and tear. (4) Required maintenance. (5) Damage resulting from alteration. (6) Damage caused by the use of other than approved service parts and accessories. (7) Damage from abuse, including but not limited to environmental exposure, use contrary to instructions, or use in applications or installation in vehicles other than those for which the product is designed. (8) Damage resulting from faulty installation. (9) Items not supported by proof of purchase and/or proof of dealer installation where required.

## This Limited Warranty does not cover:

TIRES: Replacement tires are warranted by the tire manufacturer.

DAMAGES DUE TO ACCIDENTS, MISUSE OR NEGLIGENCE: Parts damaged due to abuse, misuse, neglect, alteration or accident, or which have been improperly installed, repaired, or lubricated, or used in applications for which they were either not designed or approved by MBUSA. Defects or damage from improper testing, operation, maintenance, adjustment, or alteration or modification of any kind.

NORMAL MAINTENANCE IS AT OWNER'S EXPENSE: The expense for cleaning, adjusting or replacing of parts, such as air, oil, and fuel filters, windshield wiper blades, light bulbs, distributor points, or condensers, in the course of normal maintenance is the owner's responsibility. The expense for replacing spark plugs that are oil or lead fouled or which fail due to the use of low grade fuel, improper selection of heat range or misapplication is the owner's responsibility.

DAMAGE CAUSED BY REPAIR PARTS: Malfunctions caused by the use of other than original Mercedes-Benz spare parts and accessories.

DAMAGE FROM THE ENVIRONMENT: Parts made from cloth or leather (upholstery, convertible tops, trim items), wood, paint or chrome which have been affected by airborne fallout, such as chemicals and tree sap, or by road salt, hail, windstorm or other environmental factors. Damage caused by an act of God, including without limitation, earthquake, fire, flood, storms or other acts of nature.

DAMAGE TO GLASS: Glass breakage or scratches are not covered unless positive physical proof of a manufacturing fault can be established.

## This Limited Warranty does not cover:

NON-M-B CENTER INSTALLATION: Labor for removal and replacement of defective parts and accessories sold by an authorized Mercedes-Benz Retailer (passenger car or light truck, as applicable), if the subsequent repair is performed by a non-authorized repair facility. Labor charges shall be paid only for service provided by an authorized Mercedes-Benz Center (passenger car or light truck, as applicable).

NON-DEFECTIVE PARTS: All parts including parts sold over-the-counter (non-M-B Center installation) are subject to warranty parts testing. If a warranty part test result shows "No trouble found", MBUSA will debit the dealer for the entire claim. For parts sold over the counter, the dealer is entitled to recover any expenses from the installer.

TRANSFERRED PARTS: Service parts, equipment and accessories transferred between vehicles after installation are no longer covered by this warranty.

EXTRA EXPENSES: This warranty does not cover payment for loss of use of the vehicle during warranty repairs nor lodging bills, substitute transportation rentals, other travel costs, towing, telephone calls, loss of pay or any other incidental or consequential damage.

## Things you should know about the Mercedes-Benz Vehicle Service Parts and Accessories Limited Warranty:

GENERAL: Our intention is to repair under warranty, without charge to you, anything which is our fault that goes wrong with an original Mercedes-Benz service part or accessory that you purchased from and had installed by an authorized M-B Center (passenger car or light truck, as applicable). All we ask is that you properly maintain and care for the part or accessory and that you have warranty repairs performed by the applicable authorized Mercedes-Benz Center.

Please note the difference between "defects" and "damage" as used in the warranty. Defects are covered since we, the distributor, are responsible. Conversely, we have no control over damage caused by such things as, but not limited to collision, misuse, and lack of maintenance. Therefore, damage for whatever reason is not covered by the warranty.

Maintenance services are also not covered by the warranty since it is the owner's responsibility to maintain the vehicle according to the maintenance requirements provided.

CUSTOMER REPAIR ORDER: Your servicing M-B Center will give you a copy of the Repair Order on all warranty repairs performed. Please keep this copy with your vehicle's records.

**What to do if there is a question regarding the Limited Warranty:**

The satisfaction and goodwill of Mercedes-Benz owners is of primary concern to Mercedes-Benz passenger car or light truck retailers and MBUSA. In the event a warranty matter is not handled to your satisfaction, the following steps are suggested:

FIRST - Discuss the problem with your Mercedes-Benz Center's management. Talk to the Service Manager, then if you still have questions, discuss them with the Mercedes-Benz Center's owner.

THEN - Request Clarification - If unanswered questions remain, contact Mercedes-Benz USA, LLC, Customer Assistance Center, One Mercedes Drive, Montvale, New Jersey 07645-0350.

1-800-FOR-MERCedes

The Customer Assistance Center may ask for the following information:

1. Year and model of vehicle.
2. Vehicle Identification Number (VIN) stamped on windshield tag
3. Date part was purchased.
4. Your M-B Passenger Car or Light Truck Center's name.
5. Nature of problem.

Distributor in the United States:
Mercedes-Benz USA, LLC
One Mercedes Drive, P.O. Box 350
Montvale, New Jersey 07645-0350

www.MBUSA.com

This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

THIS IS THE ONLY WARRANTY GIVEN WITH THE PURCHASE OF MERCEDES-BENZ SERVICE REPLACEMENT PARTS, EQUIPMENT OR ACCESSORIES. THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE LIMITED TO THE DURATION OF THE WARRANTY OUTLINED ABOVE FROM THE DATE OF PURCHASE. DAIMLERCHRYSLER AG, MERCEDES-BENZ U.S. INTERNATIONAL, INC., MERCEDES BENZ USA, LLC, MERCEDES BENZ SERVICE CORPORATION OR THE MERCEDES BENZ CENTER (PASSENGER CAR OR LIGHT TRUCK, AS APPLICABLE) NEITHER ASSUME NOR AUTHORIZE ANY OTHER PERSON TO ASSUME FOR THEM ANY OTHER LIABILITY IN CONNECTION WITH SUCH PARTS, EQUIPMENT OR ACCESSORIES.

NO PAYMENT OR OTHER COMPENSATION WILL BE MADE FOR INDIRECT OR CONSEQUENTIAL DAMAGE SUCH AS, DAMAGE OR INJURY TO PERSON OR PROPERTY OR LOSS OF REVENUE WHICH MIGHT BE PAID, INCURRED OR SUSTAINED BY REASON OF THE FAILURE OF ANY PART OR ASSEMBLY WHICH MAY BE REPAIRED OR REPLACED IN ACCORDANCE WITH THE TERMS OF THIS WARRANTY.

Some states do not allow the exclusion or limitation of incidental or consequential damages or limitation on how long an implied warranty lasts, so the above limitations may not apply to you.

## WARNING

Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. These chemicals are contained in many vehicle components and replacement parts, vehicle fluids, and paints and materials used to maintain vehicles, including, but not limited to, fuel, oil, batteries, brakes, and wheel balancing weights. When you service, clean or maintain your car, you will be exposed to listed chemicals contained in used oil, waste and replacement fluids, fumes, grease, grime, touch-up paint, certain replacement parts, and particulates from component wear. When we service your car, we will return used components to you upon request. Used parts and components contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

**To minimize your exposure when servicing, maintaining or cleaning your vehicle: 1) work in a well ventilated area; 2) do not smoke, drink or eat while working; 3) wash your hands when finished or when taking a break; and 4) follow all manufacturer instructions pertaining to proper use and maintenance of motor vehicles and vehicle components.**

(Posted in accordance with Proposition 65 in Cal. Health & Safety Code §25249.5 *et seq.*)

**ALL PARTS AND SERVICE PROVIDED AS IS BY DEALERSHIP: ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS AND SERVICES ARE PROVIDED BY OUR DEALERSHIP AS IS. OUR DEALERSHIP DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, IN CONNECTION WITH THE SALE OF PARTS AND ACCESSORIES AND/OR SERVICES AND REPAIRS PERFORMED BY OUR DEALERSHIP. THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE VEHICLE AND PARTS AND ACCESSORIES IS WITH THE CUSTOMER AND, IF APPLICABLE, THE MANUFACTURER. IF THE VEHICLE OR ANY INSTALLED PARTS OR ACCESSORIES SHOULD PROVE DEFECTIVE FOLLOWING THEIR PURCHASE, THE CUSTOMER AND POSSIBLY THE MANUFACTURER AND NOT THE DEALERSHIP ASSUME THE ENTIRE COST OF ANY NECESSARY SERVICING OR REPAIR. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.**

**HAZARDOUS WASTE DISPOSAL COSTS: A CHARGE MAY BE ASSESSED TO COVER COSTS ASSOCIATED WITH THE HANDLING, MANAGEMENT AND DISPOSAL OF TOXIC WASTE OR HAZARDOUS SUBSTANCES UNDER CALIFORNIA AND FEDERAL LAW.**

**TO OUR SERVICE CUSTOMERS:**

1. Our Dealership's usual charges for labor are not based on actual mechanic's time, but are simply our prices for particular jobs. 2. You will be charged no more than the estimated price approved by you. However, if we discover that different or additional repairs are necessary, you will be contacted for your advance approval of a revised estimate. 3. Customer is hereby notified that the vehicle and any of its contents are not insured or protected to the amount of the actual cash value thereof, or otherwise, against loss occasioned by theft, fire or vandalism while the property remains with the Dealership. 4. Customer states no articles of personal property have been left in the vehicle and dealer is not responsible for inspection thereof. 5. The repair of this vehicle and completion date are subject to the availability of labor and parts. The Dealership is not responsible for unavailability of parts or delays in parts shipment beyond the Dealership's control. 6. Due to the type of service requested some repairs must be sublet. 7. All labor and materials will be paid for in cash unless Dealer agrees to other payment arrangements in advance. Notice as used under PAYMENT TERMS on the front side hereof will be deemed to have been given upon deposit in the United States mail, postage prepaid, of written notification to that effect addressed to the customer at the address given on the front side hereof. 8. If the vehicle described herein is not called for within three (3) days after such notice is given, a daily storage fee will be charged. 9. The Dealership is authorized to deliver the vehicle described herein or any of its contents to any person presenting this receipt. 10. In addition to any and all other legal remedies available, I authorize the Dealership to have a lien on the vehicle described herein for all charges for repairs, including labor and parts, storage and/or towing, and to enforce such lien. The Dealership is hereby expressly authorized to sell said vehicle at public auction after giving a twenty (20) day written notice by certified mail to the legal owner, registered owner, and Department of Motor Vehicles of intent to do so. On the sale date, the vehicle shall be sold to the highest cash bidder and the proceeds of sale must be used first to satisfy the lien plus storage costs and costs incident to sale, and the balance shall be forwarded to the legal owner, or if none, to the registered owner, or if the address is unknown, it shall be forwarded to the Department of Motor Vehicles. Said expenses for sale shall also include a reasonable attorney's fees, which may be necessarily incurred. 11. If any such charges remain unpaid for thirty (30) days after such request for payment. The Dealership may also refer such charges to its attorneys for collection and the customer will pay a reasonable attorney's fee. 12. The Power-of-Attorney granted on the front of this Repair Order/Invoice shall be irrevocable and shall remain in effect for so long as there is an outstanding amount due under this Repair Order/Invoice. 13. Remanufactured and refurbished parts that meet manufacturer approved source part requirements may be installed at our discretion. Additional information is available upon request. 14. I authorize the retrieval of on-board data as needed to facilitate vehicle repair, as well as sharing that data with the vehicle manufacturer for diagnostic and research purposes.

## STATEMENT CONCERNING AMENDMENTS TO THE SONG-BEVERLY WARRANTY ACT AS FOLLOWS:

**"A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws."**

**State of California - Department of Consumer Affairs: NOTICE TO MOTORISTS:**

If your vehicle fails Smog Check, federal law requires you to make necessary repairs to reduce your vehicle's emissions to required levels. If your vehicle is not under warranty and you have spent up to or more than the amount required by law for appropriate emissions-related repairs at a licensed Smog Check repair facility, you may be eligible for a one-time waiver.

Repair waivers will NOT be issued for: Vehicles with missing, modified or disconnected emissions control equipment, regardless of the costs to make repairs;
Vehicles identified as "Gross Polluters" - vehicles which have much higher emissions than properly maintained vehicles in their class;
Vehicles that obtained a repair waiver after January 1, 1995, in their most recent biennial inspection or transfer of ownership.
**Two consecutive repair waivers will not be issued after January 1, 1995.**

If you obtain a smog certificate by means of fraud, you may be subject to a civil penalty of up to $2500 per day of subject violation. Also, you may be subject to criminal prosecution. For further information, call the Department of Consumer Affairs toll-free at 1-800-952-5210.

**BY LAW, YOU MAY CHOOSE ANOTHER LICENSED SMOG CHECK FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.**

CUSTOMER #: 543535

934130

*INVOICE*

**MERCEDES BENZ OF WALNUT CREEK**

CONRAD KUYAWA

PITTSBURG, CA

PAGE 3

1301 PARKSIDE DRIVE
WALNUT CREEK, CA 94596
(925) 937-1655
Mercedes-Benz

HOME:                CONT:
BUS:                 CELL:

BAR# AL 242307      EPA# CAL 000300338
SMOG# ARD 242307

SERVICE ADVISOR:  2818 MAURICIO ROCHIN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
|  | 19 | MERCEDES-BENZ S560 | WDDUG8DB5KA482569 |  | 27161/27164 | T6836 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 18FEB23 DD |  |  | 17:00 18MAR23 |  | 0.00 | CASH | 30MAR23 |

| R.O. OPENED | READY | OPTIONS:  DLR:05158 |
|---|---|---|
| 13:54 18FEB23 | 15:23 30MAR23 |  |

| LINE | OPCODE | TECH TYPE HOURS | LIST | NET | TOTA |
|---|---|---|---|---|---|
| 2 | 001-990-07-11-64 THREAD ROLLING, SCREW |  |  |  | (N/C) |
| 1 | 023-997-63-45-65 SECTIONAL SEALING RING |  |  |  | (N/C) |
| 1 | 023-997-65-45-65 SECTIONAL SEALING RING |  |  |  | (N/C) |
| 1 | 000-989-68-07-09-0109 MB 325.6 G40 ANTI FREEZE 1 GALLON 1 GAL |  |  |  | (N/C) |
| 2 | 177-051-08-00 CAMSHAFT BEARING COVER |  |  |  | (N/C) |
| 2 | 000000-003292 HEXALOBULAR BOLT |  |  |  | (N/C) |
| 547989 | DISCONNECT/CONNECT GROUND LINEOF BATTERY FOR 12 V ON-BOARD ELECTRICAL SYSTEM (DURING REPAIR OPERATIONS) |  |  |  |  |
|  | 532   W76 |  |  |  | (N/C) |
| 541011 | PERFORM QUICK TEST |  |  |  |  |
|  | 532   W76 |  |  |  | (N/C) |
| 011300 | CHECK CYLINDER FOR LEAKS (ACCESS BORES EXPOSED FOR ACCESS) |  |  |  |  |
|  | 532   W76 |  |  |  | (N/C) |
| 011321 | INSPECT ALL CYLINDERS WITH LIGHT PROBE (ACCESS BORES EXPOSED FOR ACCESS) |  |  |  |  |
|  | 532   W76 |  |  |  | (N/C) |
| 012800 | REMOVE/INSTALL ENGINE WITH AUTOMATIC TRANSMISSION |  |  |  |  |
|  | 532   W76 |  |  |  | (N/ |
| 611075 | ENGINE COMPARTMENT PANELLING, BOTTOM CENTRE SECTION REMOVE/ INSTALL |  |  |  |  |
|  | 532   W76 |  |  |  | (N/C) |
| 151010 | SPARK PLUGS, R & R / REPL. IF REQ. |  |  |  |  |
|  | 532   W76 |  |  |  | (N/C) |
| 015775 | REMOVE/INSTALL LEFT CYLINDER HEAD (ENGINE REMOVED) |  |  |  |  |
|  | 532   W76 |  |  |  | (N/C) |
| 010000 | NONTIME TO TRANSFER VALVES AND LIFTERS |  |  |  |  |
|  | 532   W76 |  |  |  | (N/C) |
| 201146 | PERFORM BLEEDING ROUTINE FOR COOLANT CIRCUIT (WHEN WORKING ON SYSTEM) |  |  |  |  |

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: |
|---|---|---|---|---|
| $ | $ |  |  | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) |
| Revised Estimate | |  |  | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) |
| $ | $ |  |  |  |

☐ Tire pressure check/inflation service was performed.
   RF ____ psi LF ____ psi RR ____ psi LR ____ psi
☐ Customer declined tire pressure check/inflation service.          Initials ____

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you.

DATE          CUSTOMER SIGNATURE          AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

**\*HAZARDOUS WASTE DISPOSAL COSTS:** We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**
☐ Some Parts Not Returnable

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT |  |
| PARTS AMOUNT |  |
| GAS, OIL, LUBE |  |
| SUBLET AMOUNT |  |
| WASTE DISPOSAL COSTS * |  |
| TOTAL CHARGES |  |
| LESS INSURANCE |  |
| SALES TAX |  |
| PLEASE PAY THIS AMOUNT |  |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAR 2014 CDK Global, LLC  (01/17) SERVICE INVOICE TYPE 2 - SJ2C - "LIMITED WARRANTY" - CALIFORNIA - 3 PARTS

**CUSTOMER COPY**

Mercedes-Benz



# VEHICLE SERVICE PARTS AND ACCESSORIES LIMITED WARRANTY

**This Limited Warranty covers:**

DEFECTS: Mercedes-Benz USA, LLC (MBUSA) warrants to the original purchaser and each subsequent owner of Mercedes-Benz genuine service replacement parts, equipment, or factory approved accessories, except tires, installed on a Mercedes-Benz vehicle which is operated in the USA or Canada under normal use and service that are free from defects in material and workmanship.

ANY MERCEDES-BENZ PASSENGER CAR OR LIGHT TRUCK DEALER: Any authorized Mercedes-Benz Center (passenger car or light truck, as applicable) or the purchaser's choice of, without charge, perform warranty repairs or replacements. The purchaser must return the defective part or accessory to the dealer's place of business during normal service hours. A reasonable time should be allowed for performance of the repair after taking the part to the Mercedes-Benz Center.

WARRANTY PERIOD: This warranty is for 12 months or until mileage term date of purchase. Automobile replacements are warranted for 24 months or 24,000 miles, whichever comes first, from date of purchase.

Engine and long blocks are warranted for 48 months or 50,000 miles, whichever comes first, from the date of installation as of July 20, 1996.

Trim finishes, carpets, wind deflectors, soft guards, stop bars, fender flares, running boards, spoilers and fog lights are warranted for 48 months or 50,000 miles, whichever occurs first if installed prior to original delivery of a new Mercedes-Benz vehicle. This warranty will only be for the remaining portion of the New Vehicle Limited Warranty or 12 months whichever occurs first, from the date of purchase, if these accessories are installed prior to original delivery of a new Mercedes-Benz vehicle.

This warranty applies only if the accessories listed above are installed by MBUSA or an authorized Mercedes-Benz Center (these accessories are installed after purchase of the New Vehicle Limited Warranty or the sole owner of purchase), for 12 months/ unlimited mileage warranty from date of purchase applies.

Warranty for replacement batteries are covered for 90 days from the battery purchase date.

All Cellular Telephone replacement batteries are covered for 12 months from the battery purchase date. For vehicle batteries, see Vehicle Battery Limited Warranty, Form S-0117-800-A.

WARRANTY STARTS: The warranty period starts from the date of purchase of the part or accessory. The dealer (passenger car or light truck, as applicable) must be furnished with the customer's copy of the original sales receipt or invoice giving the customer a copy of the repair order on factory installations to validate the date of purchase.

WARRANTY PERIOD FOR ACCESSORIES (OTHER THAN CLOTH SEATS, ELECTRONIC ACCESSORIES OR PORTABLE ELECTRONIC DEVICES): If installed on a Mercedes-Benz vehicle ("Vehicle") by an Authorized Dealer prior to or at actual delivery, coverage is for the duration of the Mercedes-Benz New Vehicle Limited Warranty ("NVLW"). If purchased after the original sale date of the Vehicle and installed on the Vehicle by an Authorized Dealer, coverage is

for the remainder of the NVLW or 24 months, whichever is longer. If an extended limited warranty ("ELW") from MBUSA is applicable to the Vehicle and the accessory was installed by an Authorized Dealer, coverage is for the remainder of the ELW or 24 months from the date of installation, whichever is longer.

If installed by an Authorized Dealer on a Certified Pre-Owned Vehicle at the time of sale, coverage is for the duration of a Mercedes-Benz Certified Pre-Owned Limited Warranty ("CPOW") period or 24 months, whichever is longer. If installed by an Authorized Dealer after the purchase of a Certified Pre-Owned Vehicle, coverage is for the remainder of the CPOW or 24 months, whichever is longer.

If purchased over-the-counter but installed by an Authorized Dealer, coverage is for 12 months from the date of purchase.

WARRANTY PERIOD FOR CLOTH SEATS, ELECTRONIC ACCESSORIES OR PORTABLE ELECTRONIC DEVICES: Cloth seat covers and electronic accessories (factory and aftermarket), Radar Detectors and Systems and Navigation devices (vehicle aftermarket accessories) are covered for 24 months from date of purchase.

WARRANTY PERIOD FOR PORTABLE REMOVABLE ELECTRONIC DEVICES: If mounted or detachable and designed for portable use in the vehicle or if not portable from the Vehicle (including but not limited to phone handsets, portable navigation devices, headphones and remote controls) are covered for 12 months from the date of purchase.

IDEAS NOT COVERED FOR ALL ACCESSORIES: (1) Damage caused by accident, misuse or negligence. (2) Damage resulting from lack of required maintenance. (3) Normal wear and tear. (4) Normal maintenance. (5) Damage causing from abrasion. (6) Damage caused by the use of other than approved service parts and accessories. (7) Damage from abuse, including but not limited to environmental exposure, use or injury by activation, or use in applications or installations in any manner other than those for which the product is designed. (8) Damage resulting from faulty installation. (9) Items not supported by proof of purchase and/or proof of dealer installation where required.

**This Limited Warranty does not cover:**

TIRES: Replacement tires are warranted by the tire manufacturer.

ITEMS SUBJECT TO ADJUSTMENTS, WEAR AND RESURFACE: Parts damaged due to misuse, abuse, neglect, alteration or accident, or which have been improperly repaired, installed, or fabricated, or used in applications in which they were either not designed or approved by MBUSA. Defects in design are the responsibility of the manufacturer. Adjustment or modification of any third party. NORMAL MAINTENANCE ITEMS OR WEAR AND EXPENSE: The expenses for cleaning, adjusting, replacing of parts, such as air oil, and fuel filters, windshield wiper blades, light bulbs, coolant, spark, condensers, in the course of normal maintenance is the owner's responsibility. The expense for replacing worn parts (not one of these noted above) due to normal wear or high mileage is the owner's responsibility.

DAMAGE CAUSED BY REPAIR PARTS: Malfunctions caused by the use of other than original Mercedes-Benz service parts and accessories.

DAMAGE FROM THE ENVIRONMENT: Parts made from clear or leather (upholstery, convertible tops, trim items), wood, paint or chrome which have been attacked by airborne fallout, such as chemicals and tree sap, or by road, salt, hail, windstorms or other environmental factors. Damage caused by an act of God, including without limitation an Act of God, fires, storms or other acts of nature.

DAMAGE TO GLASS: Glass breakage or scratches are not covered unless positive physical proof of a manufacturing fault can be submitted.

**This Limited Warranty does not cover:**

POPULAR CENTER INSTALLATION: Labor for removal and replacement of defective parts and accessories sold by an authorized Mercedes-Benz Retailer (passenger car or light truck, as applicable). If the warranted repair is performed by a non-authorized repair facility. Labor charges shall be paid only for service provided by an authorized Mercedes-Benz Center (passenger car or light truck, as applicable).

NON-DEFECTIVE PARTS: All parts including parts and one-time quantity coverage from A-B Center installations are subject to warranty terms testing. If a warranty part is tested, no liability found, TWANY will deal the dealer for the entire claim, for parts sold over the counter, the dealer is entitled to recover any expenses from the owner.

TRANSFERRED PARTS: Service parts, equipment and accessories transferred between vehicles after installation are no longer covered by this warranty.

EXTRA EXPENSES: This warranty does not cover payment for loss of use of the vehicle during warranty repairs, nor loss of life, substitute transportation rental, other travel costs, trucking charges, gas or oil, or any other incidental or consequential damage.

**Things you should know about the Mercedes-Benz Vehicle Service Parts and Accessories Limited Warranty:**

GENERAL: Our intention is to deal the customer with a refund of charge to you, anything which is a part that that goes wrong within a period of Mercedes-Benz service parts or accessory that you purchased from and that installed by an authorized A-B Center (passenger car or light truck, as applicable). All we ask is that you properly maintain and care for the part or accessory and that you have warranty repairs performed by an applicable authorized Mercedes-Benz Center.

Please note the difference between "defects" and "damage" as used in warranty. Defects are covered since we, the check, are responsible. Conversely, we have no control over damage caused by your vehicle, as set forth in or the use, misuse, and lack of maintenance. Therefore, damage (or whatever reason) is not covered by this warranty.

Maintenance records are critical and covered by this warranty since it is the owner's responsibility to maintain the vehicle according to the maintenance requirements provided.

CUSTOMER REPARTICIPATION: Your service A-B Center will give you a copy of your Repair Order and Warranty repairs performed. Please keep this copy with your vehicle.

What to do if there is a question regarding this Limited Warranty: The satisfaction and goodwill of Mercedes-Benz owners is of primary concern to Mercedes-Benz passenger car or light truck dealers and MBUSA. In the event a warranty matter is not handled to your satisfaction, the following steps are suggested:

FIRST – Discuss the problem with your Mercedes-Benz Center's management. Talk to the Service Manager. Even if you still have questions, always have the Mercedes-Benz Center's owner.

THEN – If you still are dissatisfied, contact the nearest regional Mercedes-Benz USA, LLC, Customer Assistance Center. One Mercedes Drive, Montvale, New Jersey 07645-0350.

1-800-FORMERCEDES

The Customer Assistance Center may ask for the following information:

1. Your and model of vehicle.

2. Vehicle identification number (VIN) stamped on vehicle left top.

3. Date purchase purchased.

4. Your A-B Passenger Car or Light Truck Center's name.

5. Nature of problem.

Distributor in the United States:
MERCEDES-BENZ USA, LLC
One Mercedes Drive, P.O. Box 350
Montvale, New Jersey 07645-0350
www.MBUSA.com

---

THIS IS THE ONLY WARRANTY GIVEN WITH THE PURCHASE OF SERVICE REPLACEMENT PARTS, EQUIPMENT OR ACCESSORIES. THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE LIMITED TO THE DURATION OF THE WARRANTY OUTLINED ABOVE FROM THE DATE OF PURCHASE. DAIMLER CHRYSLER AG, MERCEDES-BENZ U.S. INTERNATIONAL, INC., MERCEDES-BENZ USA, LLC, MERCEDES-BENZ SERVICE CORPORATION OR THE DEALER (PASSENGER CAR OR LIGHT TRUCK, AS APPLICABLE) NEITHER ASSUME NOR AUTHORIZE ANY PERSON TO ASSUME FOR THEM ANY OTHER LIABILITY IN CONNECTION WITH THESE PARTS, EQUIPMENT OR ACCESSORIES.

NO PAYMENT OR OTHER COMPENSATION WILL BE MADE FOR INDIRECT OR CONSEQUENTIAL DAMAGE SUCH AS, DAMAGE OR INJURY TO PERSONS OR PROPERTY WHICH MIGHT BE PAID, REQUIRED OR SUSTAINED BY REASON OF THE FAILURE OF ANY PART OR ASSEMBLY WHICH MAY BE REPAIRED OR REPLACED IN ACCORDANCE WITH THE TERMS OF THIS WARRANTY.

Some states do not allow the exclusion or limitation of incidental or consequential damages or limitation on how long an implied warranty lasts, so the above limitations may not apply to you.

This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

---

## WARNING

Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. These chemicals are contained in many vehicle components and replacement parts, vehicle fluids, and paints and materials used to maintain vehicles, including, but not limited to, fuel, oil, batteries, brakes, and wheel balancing weights. When you service, clean or maintain your car, you will be exposed to listed chemicals contained in used oil, waste and replacement fluids, fumes, grease, grime, touch-up paint, certain replacement parts, and particulates from component wear. When we service your car, we will return used components to you upon request. Used parts and components contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

To minimize your exposure when servicing, maintaining or cleaning your vehicle: 1) work in a well ventilated area; 2) do not smoke, drink or eat while working; 3) wash your hands when finished or when taking a break; and 4) follow all manufacturer instructions pertaining to proper use and maintenance of motor vehicles and vehicle components.

(Posted in accordance with Proposition 65 in Cal. Health & Safety Code §25249.5 et seq.)

---

ALL PARTS AND SERVICE PROVIDED AS IS BY DEALERSHIP. ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS AND SERVICES ARE PROVIDED BY YOUR DEALERSHIP "AS IS." OUR DEALERSHIP DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, IN CONNECTION WITH THE SALE OF PARTS AND ACCESSORIES AND/OR SERVICES AND REPAIRS PERFORMED BY OUR DEALERSHIP. THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE VEHICLE AND PARTS AND ACCESSORIES IS WITH THE CUSTOMER AND, IF APPLICABLE, THE MANUFACTURER. IF THE VEHICLE AND/OR INSTALLED PARTS OR ACCESSORIES SHOULD PROVE DEFECTIVE FOLLOWING PURCHASE, THE CUSTOMER AND POSSIBLY THE MANUFACTURER AND/OR THE DEALERSHIP ASSUME THE ENTIRE COST OF ANY NECESSARY SERVICING OR REPAIR. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

HAZARDOUS WASTE DISPOSAL COSTS: A CHARGE MAY BE ASSESSED TO COVER COSTS ASSOCIATED WITH THE HANDLING, MANAGEMENT AND DISPOSAL OF TOXIC WASTE OR HAZARDOUS SUBSTANCES UNDER CALIFORNIA AND FEDERAL LAW.

### TO OUR SERVICE CUSTOMERS:

1. Our Dealership's usual charges for labor are not based on actual mechanic's time, but are simply our prices for particular jobs. 2. You will be charged no more than the estimated price approved by you. However, if we discover that different or additional repairs are necessary, you will be contacted for your advance approval of a revised estimate. 3. Customer is hereby notified that any parts, accessories, equipment, and components are not insured or protected to the amount of the actual cash value thereof, or otherwise, against loss occasioned by fire, theft, or vandalism while the property remains with the Dealership. 4. Customer states no articles of personal property have been left in the vehicle and dealer is not responsible for inspection thereof. 5. The repair of this vehicle and completion date are subject to the availability of labor and parts. The Dealership is not responsible for unavailability of parts or delays in parts shipment beyond the Dealership's control. 6. Due to the type of service requested some repairs must be subletted. 7. All labor and materials will be paid for in cash when the repair agrees to other payment arrangements in advance. Notice as used under PAYMENT TERMS on the front side hereof will be deemed to have been given upon deposit in the United States mail, postage prepaid, of written notification to that effect addressed to the customer at the address given on the front side hereof. 8. If the vehicle described herein is not paid for within (a) within thirty (3) days such notice is given, a daily storage fee will be charged. 9. The Dealership is authorized to deliver the vehicle described herein or any of its contents to any person presenting this receipt. 10. In addition to any and all other legal remedies available, I authorize the Dealership to have a lien on the vehicle described herein for all charges for repairs, including labor and parts, storage and/or towing, and to enforce such lien. The Dealership is hereby expressly authorized to sell said vehicle at public auction after giving a twenty (20) day written notice by certified mail to the legal owner, registered owner, and Department of Motor Vehicles of intent to do so. On the sale date, the vehicle shall be sold to the highest cash bidder and the proceeds of sale must be used first to satisfy the lien plus storage costs, and the balance shall be forwarded to the legal owner, or if none, to the registered owner, or if the address is unknown, it shall be forwarded to the Department of Motor Vehicles. Said compensation for sale shall also include a reasonable attorney's fee, which shall be necessarily incurred. 11. If any such charges remain unpaid for thirty (30) days after date of repair and no request for payment. The Dealership may also refer such charges to its attorney for collection and the customer will pay a reasonable attorney's fee. 12. This Power-of-Attorney granted on the form of this Repair Order/Invoice shall be irrevocable and shall remain in effect for so long as there is an outstanding amount due under this Repair Order/Invoice. 13. Remanufactured and refurbished parts that meet manufacturer approved source part requirements may be installed at our discretion. Additional information is available upon request. 14. I authorize the retrieval of on-board data as needed to facilitate vehicle repair, as well as sharing that data with the vehicle manufacturer for diagnostic and research purposes.

### STATEMENT CONCERNING AMENDMENTS TO THE SONG-BEVERLY WARRANTY ACT AS FOLLOWS:

"A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws."

### State of California – Department of Consumer Affairs: NOTICE TO MOTORISTS:

If your vehicle fails Smog Check, federal law requires you to make necessary repairs to reduce your vehicle's emissions to required levels. If your vehicle is not under warranty and you have spent up to or more than the amount required by law for appropriate emissions-related repairs at a licensed Smog Check repair facility, you may be eligible for a one-time waiver. Repair waivers will NOT be issued for: Vehicles with missing, modified or disconnected emissions control equipment, regardless of the costs to make repairs;
Vehicles identified as "Gross Polluters" – vehicles which have much higher emissions than properly maintained vehicles in their class;
Vehicles that obtained a repair waiver after January 1, 1995, in their most recent biennial inspection or transfer of ownership.
Two consecutive repair waivers will not be issued after January 1, 1995.

If you obtain a smog certificate by means of fraud, you may be subject to a civil penalty of up to $2500 per day of subject violation. Also, you may be subject to criminal prosecution. For further information, call the Department of Consumer Affairs toll-free at 1-800-952-5210.

BY LAW, YOU MAY CHOOSE ANOTHER LICENSED SMOG CHECK FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.

TO REORDER CALL 866-268-9681                         CATALOG #8905527                         California (03/13)

CUSTOMER #: 543535                   **934130**          **MERCEDES BENZ OF WALNUT CREEK**

CONRAD KUYAWA                      *INVOICE*                    1301 PARKSIDE DRIVE
                                                               WALNUT CREEK, CA 94596
PITTSBURG, CA ███████                                          (925) 937-1655
                                     PAGE 4
                                                        BAR# AL 242307    EPA# CAL 00030C 38
HOME :             CONT :                                   SMOG# ARD 242307
BUS :              CELL :              SERVICE ADVISOR: 2818 MAURICIO ROCHIN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
|       | 19 | MERCEDES-BENZ S560 | WDDUG8DB5KA482569 | | 27161/27164 | T6836 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 18FEB23 DD | | | 17:00 18MAR23 | | 0.00 | CASH | 30MAR23 |

| R.O. OPENED | READY | OPTIONS: DLR:05158 |
|-------------|-------|--------------------|
| 13:54 18FEB23 | 15:23 30MAR23 | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|------|-----|-------|
| | | 532 | W76 | | | | | (N/C) |
| | 006555 | PERFORM OIL CHANGE: ................ | | | | | | |
| | | 532 | W76 | | | | | (N/C) |
| | 401580 | REMOVE/INSTALL COMPLETE WHEEL | | | | | | |
| | | 532 | W76 | | | | | (N/C) |
| | 015801 | CHECK CYLINDER HEAD, FINDINGS:.......... | | | | | | |
| | | (CYLINDER HEAD REMOVED) | | | | | | |
| | | 532 | W76 | | | | | (N/C) |
| | MCLR | NTG TIME REVIEWED BY 2249 | | | | | | |
| | | 1 | IPS | | | | | (N/C |

PARTS:    0.00   LABOR:      0.00   OTHER:      0.00    TOTAL LINE A:      0.
27163 LEFT CYL HEAD, EXHAUST VALVES FOR CYL #8 LEAKING CUST STATES
ENGINE IS SHAKING AND CHECK ENGINE LIGHT IS ON, START VEHICLE FOUND
CHECK ENGINE LIGHT IS ON, AND ENGINE HAS MIFIRE, CONNECT SDS AND
BATTERY CHARGER, PERFORMED SHORT TEST FOUND FAULT CODES P030022
Combustion misfiring has been detected. The signal amplitude is greater
than the maximum amplitude., P030100 Combustion misfiring of cylinder 1
has been detected. , P030800 Combustion misfiring of cylinder 8 has
been detected. , PROCESS CODE STATES PERFORM MANUAL LEAK DOWN TEST,
CHECK FAULT COUNTER, FOUND CYL #8, MISFIRES CONTINUALLY, CYL #1 NO
MISFIRE FOUND IN FAULT COUNTER, REMOVE ALL 8-SPARK PLUGS, FOUND CYL #8
SPARK PLUG GAP HAS BUILD UP THAT CLOSED THE GAP, PERFORMED CYL LEAK
DOWN TEST, CYL #1 13%, CYL#2 10%, CYL #3 5%, CYL #4 5%, CYL # 5 7%, CYL
#6 6%, CYL #7 12%, CYL #8 80%. INSPECT CYL#8 WITH BORE SCOPE, CYL WALL
OK NO SCORING. WHILE CHECKING CYL #8 LOCATED LEAK COMING FROM THE
EXHAUST SIDE, EXHAUST VALVE GUIDE WORN LEAKING OIL INTO CYL#8, REMOVE
ALL 3-UNDER PANELING, REMOVE CENTER EXHAUST PIPE, DRAIN COOLING SYSTEM
DRAIN ENGINE OIL. REMOVE FRONT WHEELS AND LINERS, DISCONNECT BATTERY,
REMOVE FRONT SUBFRAME W/ ENGINE AND TRANSMISSION, REMOVE ENGINE HARNESS
FROM THE LEFT SIDE OF ENGINE, REMOVE LEFT INTAKE MANIFOLD, REMOVE FRONT
INNER COOLERS, REMOVE HEAT SHIELDS AND EXHAUST MANIFOLD, REMOVE LEFT
ENGINE COVER AND FRONT COVER, REMOVE CAMSHAFTS AND LIFTER ELEMENTS,
REMOVE CHAIN GUIDE REMOVE LEFT CYL HEAD, NEW CYL HEAD CAME BARE,
INSTALLED LEFT CYL HEAD VALVE STEM SEALS, INSTALL INTAKE AND EXHAUST

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: | *HAZARDOUS WASTE DISPOSAL COSTS: We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law. | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| $ | $ | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) | | LABOR AMOUNT | |
| Revised Estimate | | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) | | PARTS AMOUNT | |
| $ | $ | | | | | GAS, OIL, LUBE | |
| | | | | | | SUBLET AMOUNT | |
| ☐ Tire pressure check/inflation service was performed. | | | | | | WASTE DISPOSAL COSTS * | |
| RF___psi LF___psi RR___psi LR___psi | | | | | ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED. | TOTAL CHARGES | |
| ☐ Customer declined tire pressure check/inflation service.   Initials___ | | | | | | LESS INSURANCE | |
| By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. | | | | | ☐ Some Parts Not Returnable | SALES TAX | |
| DATE          CUSTOMER SIGNATURE          AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE | | | | | | PLEASE PAY THIS AMOUNT | |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAP 7014 CDK Global, LLC (01/17) SERVICE INVOICE TYPE 2 - S17C - "LIMITED WARRANTY" - CALIFORNIA - S17C   **CUSTOMER COPY**

Mercedes-Benz



# VEHICLE SERVICE, PARTS AND ACCESSORIES LIMITED WARRANTY

**This Limited Warranty covers:** [dense fine print]

**This Limited Warranty does not cover:** [dense fine print]

**Things you should know about the Mercedes-Benz Vehicle Service Parts and Accessories Limited Warranty:** [dense fine print]

---

**WARNING**

Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. These chemicals are contained in many vehicle components and replacement parts, vehicle fluids, and paints and materials used to maintain vehicles, including, but not limited to, fuel, oil, batteries, brakes, and wheel balancing weights. When you service, clean or maintain your car, you will be exposed to listed chemicals contained in used oil, waste and replacement fluids, fumes, grease, grime, touch-up paint, certain replacement parts, and particulates from component wear. When we service your car, we will return used components to you upon request. Used parts and components contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

To minimize your exposure when servicing, maintaining or cleaning your vehicle: 1) work in a well ventilated area; 2) do not smoke, drink or eat while working; 3) wash your hands when finished or when taking a break; and 4) follow all manufacturer instructions pertaining to proper use and maintenance of motor vehicles and vehicle components.

(Posted in accordance with Proposition 65 in Cal. Health & Safety Code §25249.5 et seq.)

---

ALL PARTS AND SERVICE PROVIDED AS IS BY DEALERSHIP; ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS AND SERVICES ARE PROVIDED BY OUR DEALERSHIP AS IS. OUR DEALERSHIP DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, IN CONNECTION WITH THE SALE OF PARTS AND ACCESSORIES AND/OR SERVICES AND REPAIRS PERFORMED BY OUR DEALERSHIP. THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE VEHICLE AND PARTS AND ACCESSORIES IS WITH THE CUSTOMER AND, IF APPLICABLE, THE MANUFACTURER. IF THE VEHICLE OR ANY INSTALLED PARTS OR ACCESSORIES SHOULD PROVE DEFECTIVE FOLLOWING THEIR PURCHASE, THE CUSTOMER AND POSSIBLY THE MANUFACTURER AND NOT THE DEALERSHIP ASSUME THE ENTIRE COST OF ANY NECESSARY SERVICING, OR REPAIR. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES. HAZARDOUS WASTE DISPOSAL COSTS: A CHARGE MAY BE ASSESSED TO COVER COSTS ASSOCIATED WITH THE HANDLING, MANAGEMENT AND DISPOSAL OF TOXIC WASTE OR HAZARDOUS SUBSTANCES UNDER CALIFORNIA AND FEDERAL LAW.

**TO OUR SERVICE CUSTOMERS:** [dense fine print paragraph]

**STATEMENT CONCERNING AMENDMENTS TO THE SONG-BEVERLY WARRANTY ACT AS FOLLOWS:**

"A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws."

State of California - Department of Consumer Affairs: NOTICE TO MOTORISTS:

If your vehicle fails Smog Check, federal law requires you to make necessary repairs to reduce your vehicle's emissions to required levels. If your vehicle is not under warranty and you have spent up to or more than the amount required by law for appropriate emissions-related repairs at a licensed Smog Check repair facility, you may be eligible for a one-time waiver. Repair waivers will NOT be issued for:   Vehicles with missing, modified or disconnected emissions control equipment, regardless of the costs to make repairs;
   Vehicles identified as "Gross Polluters" - vehicles which have much higher emissions than properly maintained vehicles in their class;
   Vehicles that obtained a repair waiver after January 1, 1995, in their most recent biennial inspection or transfer of ownership.
   Two consecutive repair waivers will not be issued after January 1, 1999.

If you obtain a smog certificate by means of fraud, you may be subject to a civil penalty of up to $2500 per day of subject violation. Also, you may be subject to criminal prosecution. For further information, call the Department of Consumer Affairs toll-free at 1-800-952-5210.

BY LAW, YOU MAY CHOOSE ANOTHER LICENSED SMOG CHECK FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.

TO REORDER CALL 866-268-9681                    CATALOG #8965527                    California (03/13)

CUSTOMER #: 543535

934130

*INVOICE*

PAGE 5

**MERCEDES BENZ OF WALNUT CREEK**

1301 PARKSIDE DRIVE
WALNUT CREEK, CA 94596
(925) 937-1655

CONRAD KUYAWA
PITTSBURG, CA

BAR# AL 242307      EPA# CAL 000300338
SMOG# ARD 242307

HOME:                    CONT:
BUS:                     CELL:               SERVICE ADVISOR: 2818 MAURICIO ROCHIN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
|  | 19 | MERCEDES-BENZ S560 | WDDUG8DB5KA482569 |  | 27161/27164 | T6836 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 18FEB23 DD |  |  | 17:00 18MAR23 |  | 0.00 | CASH | 30MAR23 |

| R.O. OPENED | READY | OPTIONS: DLR:05158 |
|---|---|---|
| 13:54 18FEB23 | 15:23 30MAR23 |  |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOT/ |
|---|---|---|---|---|---|---|---|---|

VALVES, INSTALL NEW LIFTERS AND COMPENSATORS, CLEAN BOLTS HOLES FROM
BLOCK, INSTALL CYL HEAD TORQUE TO SPEC. RE-INSTALL CAMSHAFTS AND
ADJUSTER, CHAIN TENSIONER, DRY FIT VALVE COVER, ROTATE ENGINE TWICE BY
CRANKSHFT TO 53 ATC, INSPECT THROUGH CAM SENSORS, FOUND HALF OF THE
HOLES BLOCKED BY SHUTTER OK. RE-ASSEMBLE ENGINE, INSTALL FRONT AXLE
CARRIER W/ ENGINE & TRANSMISSION, FILL AND BLEED COOLING SYSTEM,
RE-INSTALL FRONT LINER AND WHEELS, TORQUED WHEELS TO SPEC., START
ENGINE, RUN SMOOTH, INSPECT FAULT COUNTER, NO MORE MISFIRES FROM CYL 8,
PERFORMED OIL/FILTER CHANGE, CLEAR DTCS. START ENGINE FOUND CHECK
ENGINE LIGHT CAME BACK ON, CONNECT SDS RE-RUN SHORT TEST, FOUND CURRENT
FAULT CODE P039100 FOR LEFT EXHAUST CAMSHAFT POSITION SENSOR HAS A
MALFUNCTION

*********************************************************
B PERFORM RECALL 2020110015 CHECK HIGH-PRESSURE FUEL LINES AT
      HIGHPRESSURE FUEL PUMPS E-CLASS, S-CLASS, AMG GT, GLS-CLASS AND
      G-CLASS
CAUSE:
      021705 OPERATIONS: CHECK HIGH- PRESSURE LINES ON
      HIGH- PRESSURE FUEL PUMPS ACC. NO.:
      ........., CODE: .........
      532  W76                                            (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE B:   0.00
27163 PERFORMED RECALL # 2020110015 PROCEDURE A PERFORMED RECALL #
2020110015, OPEN HOOD, REMOVE ENGINE COVER, LIFT BOTH INSULATION COVERS
FROM BOTH HIGH PRESSURE FUEL PUMPS AND INSPECT FUEL LINE FITTINGS, NO
DIRT FOUND OR FUEL STAINS FOUND ON EITHER HIGH PRESSURE PUMP PROCEDURE
A END OF MEASURE
*********************************************************
C PERFORM RECALL REPLACE BRAIDED HOSE OF LOW-PRESSURE 2022070004 FUEL
      LINE
CAUSE:
      020900 OPERATIONS: REPLACE HOSE OF RIGHT FUEL
      LINE IN LOW- PRESSURE FUEL CIRCUIT, ACC.
      NO.: 07 922 08, CODE: 21P0792208

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: | *HAZARDOUS WASTE DISPOSAL COSTS: We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law. | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| $ |  |  |  | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |  | LABOR AMOUNT |  |
| Revised Estimate $ |  |  |  | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |  | PARTS AMOUNT |  |
|  |  |  |  |  |  | GAS, OIL, LUBE |  |
| ☐ Tire pressure check/inflation service was performed. RF___psi LF___psi RR___psi LR___psi | | | | | ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED. | SUBLET AMOUNT |  |
|  |  |  |  |  |  | WASTE DISPOSAL COSTS * |  |
| ☐ Customer declined tire pressure check/inflation service. | | | Initials | | | TOTAL CHARGES |  |
| By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. | | | | | ☐ Some Parts Not Returnable | LESS INSURANCE |  |
|  |  |  |  |  |  | SALES TAX |  |
| DATE | CUSTOMER SIGNATURE | | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE | | | PLEASE PAY THIS AMOUNT |  |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAR 2014 CDK Global, LLC (01/17) SERVICE INVOICE TYPE 2 - S/2C - "LIMITED WARRANTY" - CALIFORNIA - 3 PARTS

CUSTOMER COPY

Mercedes-Benz 

# VEHICLE SERVICE PARTS AND ACCESSORIES LIMITED WARRANTY

**This Limited Warranty covers:** [...]

**This Limited Warranty does not cover:** [...]

**Things you should know about the Mercedes-Benz Vehicle Service Parts and Accessories Limited Warranty** [...]

---

## WARNING

Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. These chemicals are contained in many vehicle components and replacement parts, vehicle fluids, and paints and materials used to maintain vehicles, including, but not limited to, fuel, oil, batteries, brakes, and wheel balancing weights. When you service, clean or maintain your car, you will be exposed to listed chemicals contained in used oil, waste and replacement fluids, fumes, grease, grime, touch-up paint, certain replacement parts, and particulates from component wear. When we service your car, we will return used components to you upon request. Used parts and components contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

To minimize your exposure when servicing, maintaining or cleaning your vehicle: 1) work in a well ventilated area; 2) do not smoke, drink or eat while working; 3) wash your hands when finished or when taking a break; and 4) follow all manufacturer instructions pertaining to proper use and maintenance of motor vehicles and vehicle components.

(Posted in accordance with Proposition 65 in Cal. Health & Safety Code §25249.5 *et seq.*)

---

ALL PARTS AND SERVICE PROVIDED AS IS BY DEALERSHIP. ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS AND SERVICES ARE PROVIDED BY OUR DEALERSHIP AS IS. OUR DEALERSHIP DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, IN CONNECTION WITH THE SALE OF PARTS AND ACCESSORIES AND/OR SERVICES AND REPAIRS PERFORMED BY OUR DEALERSHIP. THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE VEHICLE AND PARTS AND ACCESSORIES IS WITH THE CUSTOMER AND, IF APPLICABLE, THE MANUFACTURER. IF THE VEHICLE OR ANY INSTALLED PARTS OR ACCESSORIES SHOULD PROVE DEFECTIVE FOLLOWING THEIR PURCHASE, THE CUSTOMER AND POSSIBLY THE MANUFACTURER AND NOT THE DEALERSHIP ASSUME THE ENTIRE COST OF ANY NECESSARY SERVICING OR REPAIR. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

HAZARDOUS WASTE DISPOSAL COSTS: A CHARGE MAY BE ASSESSED TO COVER COSTS ASSOCIATED WITH THE HANDLING, MANAGEMENT AND DISPOSAL OF TOXIC WASTE OR HAZARDOUS SUBSTANCES UNDER CALIFORNIA AND FEDERAL LAW.

**TO OUR SERVICE CUSTOMERS:** [...]

**STATEMENT CONCERNING AMENDMENTS TO THE SONG-BEVERLY WARRANTY ACT AS FOLLOWS:**

"A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws."

State of California - Department of Consumer Affairs: NOTICE TO MOTORISTS:

If your vehicle fails Smog Check, federal law requires you to make necessary repairs to reduce your vehicle's emissions to required levels. If your vehicle is not under warranty and you have spent up to or more than the amount required by law for appropriate emissions-related repairs at a licensed Smog Check repair facility, you may be eligible for a one-time waiver. Repair waivers will NOT be issued for: Vehicles with missing, modified or disconnected emissions control equipment, regardless of the costs to make repairs;
Vehicles identified as "Gross Polluters" - vehicles which have much higher emissions than properly maintained vehicles in their class;
Vehicles that obtained a repair waiver after January 1, 1995, in their most recent biennial inspection or transfer of ownership.
Two consecutive repair waivers will not be issued after January 1, 1995.

If you obtain a smog certificate by means of fraud, you may be subject to a civil penalty of up to $2500 per day of subject violation. Also, you may be subject to criminal prosecution. For further information, call the Department of Consumer Affairs toll-free at 1-800-952-5210.

BY LAW, YOU MAY CHOOSE ANOTHER LICENSED SMOG CHECK FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.

CUSTOMER #: 543535

934130

**MERCEDES BENZ OF WALNUT CREEK**

\*INVOICE\*

CONRAD KUYAWA

PITTSBURG, CA

Mercedes-Benz

1301 PARKSIDE DRIVE
WALNUT CREEK, CA 94596
(925) 937-1655

PAGE 6

BAR# AL 242307      EPA# CAL 000300338
SMOG# ARD 242307

HOME:         CONT:
BUS:          CELL:

SERVICE ADVISOR: 2818 MAURICIO ROCHIN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | AG |
|-------|------|------------|-----|---------|------------------|-----|
|       | 19 | MERCEDES-BENZ S560 | WDDUG8DB5KA482569 | | 27161/27164 | T 336 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DA |
|-----------|------------|------------|----------|--------|------|---------|---------|
| 18FEB23 DD | | | 17:00 18MAR23 | | 0.00 | CASH | 30MAR23 |

| R.O. OPENED | READY | OPTIONS: | DLR:05158 |
|-------------|-------|----------|-----------|
| 13:54 18FEB23 | 15:23 30MAR23 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|------|-----|-------|
| | 532 | W76 | | | | | | (N/C) |
| 2 | 000-995-60-10 | HOSE CLAMP | | | | | | (N/C) |
| 1 | 177-070-31-00 | FUEL HOSE | | | | | | (N/C) |
| 1 | 177-096-05-00 | HEAT SHIELD | | | | | | (N/C) |

PARTS:     0.00    LABOR:     0.00    OTHER:     0.00    TOTAL LINE C:     0.00
27163 PERFORMED RECALL # 2022070004 PERFORMED RECALL # 2022070004,
REMOVE RT SIDE ENGINE AIR CLEANER, DEPRESSURIZE FUEL SYSTEM, LOOSEN
FUEL LINE MOUNTS, REMOVE BLEED LINE, CUT OFF OLD BRAIDED FUEL HOSE AS
PER RECALL 2022070004, INSTALL NEW FUEL HOSE AND CLAMPS, INSTALL HEAT
SHIELD COVER. RE-ASSEMBLE, RECALL COMPLETE. ROAD TEST
*******************************************************
D *No Interval Due Vehicle History IndicatesNo Maintenance Interval Due
    *Customer Approves My Dealer Lot Id Tag Installation To Provide
    Better Customer Service While Vehicle Is In The Dealership's
    Possession
   NIDB NO INTERVAL DUE BASIC
        532   IPS                                                    (N/C
PARTS:     0.00   LABOR:     0.00   OTHER:     0.00   TOTAL LINE D:   0.0
27163 NO MAINTENANCE DUE AT THIS TIME.
*******************************************************
E *Inspect and Adjust Tire Pressures Reset Tire Monitoring System
   CARB INSPECT AND ADJUST TIRE PRESSURE AND RESET
   TIRE PRESSURE MONITOR
        532   IPS                                                    (N/C)
PARTS:     0.00   LABOR:     0.00   OTHER:     0.00   TOTAL LINE E:     0.00
27163 SET TIRE PRESSURES TO: FRONT -35-PSI, REAR -35-PSI
*******************************************************
F *Perform Inspections per Mercedes-Benz Service Sheet
   MBI PERFORM MERCEDES-BENZ VEHICLE INSPECTION.
       INCLUDES SETTING TIRE PRESSURE ACCORDING TO
       MANUFACTURER'S SPECIFICATIONS AND
       REACTIVATING TIRE PRESSURE MONITOR SYSTEM.
        532   IMP                                                    (N/C)
PARTS:     0.00   LABOR:     0.00   OTHER:     0.00   TOTAL LINE F:     0.00

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: | | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| $ | $ | | | ☐ Telephone<br>☐ Fax (See Attached)<br>☐ E-mail (See Attached) | \*HAZARDOUS WASTE DISPOSAL COSTS: We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law. | LABOR AMOUNT | |
| Revised Estimate | | | | ☐ Telephone<br>☐ Fax (See Attached)<br>☐ E-mail (See Attached) | | PARTS AMOUNT | |
| $ | | | | | | GAS, OIL, LUBE | |
| | | | | | | SUBLET AMOUNT | |
| ☐ Tire pressure check/inflation service was performed. | | | | ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED. | | WASTE DISPOSAL COSTS * | |
| RF____psi LF____psi RR____psi LR____psi | | | | | | TOTAL CHARGES | |
| ☐ Customer declined tire pressure check/inflation service. | | Initials | | | | LESS INSURANCE | |
| By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received or had the opportunity to inspect any replaced parts as requested by you. | | | | ☐ Some Parts Not Returnable | | SALES TAX | |
| DATE | CUSTOMER SIGNATURE | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE | | | | PLEASE PAY THIS AMOUNT | |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAR 2014 CDK Global, LLC IG1/1/I SERVICE INVOICE TYPE 2 - SI7C - "LIMITED WARRANTY" - CALIFORNIA - SI7C1L2   **CUSTOMER COPY**



Mercedes-Benz

# VEHICLE SERVICE PARTS AND ACCESSORIES LIMITED WARRANTY.

## This Limited Warranty covers:

DEFECTS: Mercedes-Benz USA, LLC (MBUSA) warrants to the original purchaser and each subsequent owner of Mercedes-Benz genuine service replacement parts, equipment, or factory approved accessories, except tires, installed on a Mercedes-Benz vehicle which is operated in the USA or Canada under normal use and service to be free from defects in material and workmanship.

ANY MERCEDES-BENZ PASSENGER CAR OR LIGHT TRUCK DEALER: Any authorized Mercedes-Benz Center (passenger car or light truck, as applicable) of the purchaser's choice will, without charge, perform warranty repairs or replacements. The purchaser must return the defective part or accessory to the dealer's place of business during normal service hours. A reasonable time should be allowed for performance of the repair after taking the part to the Mercedes-Benz Center.

WARRANTY PERIOD: This warranty is for 12 months unlimited mileage from date of purchase.

Automatic transmissions are warranted for 24 months or 24,000 miles, whichever comes first, from date of purchase.

Engines and long blocks are warranted for 48 months or 50,000 miles, whichever comes first, from the date of installation as of May 20, 1998.

Trailer hitches, curtains, wind deflectors, grill guards, step bars, fender flares, running boards, spoilers and fog lights are warranted for 48 months or 50,000 miles, whichever occurs first if installed prior to or at retail delivery of a new Mercedes-Benz vehicle. This warranty will only be for the remaining portion of the New Vehicle Limited Warranty or 12 months with unlimited mileage, whichever is longer from the date of purchase if these accessories are installed after retail delivery of a new Mercedes-Benz vehicle.

This warranty applies only if the accessories listed above are installed by MBUSA or an authorized Mercedes-Benz Center. If these accessories are installed after expiration of the New Vehicle Limited Warranty or are sold over-the-counter, the 12 month/unlimited mileage warranty from date of purchase applies.

Remote key replacement batteries are covered for 90 days from the battery purchase date.

MB Cellular Telephone replacement batteries are covered for 12 months from the battery purchase date. For vehicle batteries, see Vehicle Battery Limited Warranty, Form S-0417-600-A.

WARRANTY STARTS: The warranty period starts from the date of purchase of the part or accessory. The dealer (passenger car or light truck, as applicable) must be furnished with the customer's copy of the original sales receipt on counter sales or the customer's copy of the repair order on Dealer installations to validate the date of purchase.

NO CHARGE: Warranty repairs will be made at no charge for parts and labor when performed at an authorized Mercedes-Benz Retailer (passenger car or light truck, as applicable).

WARRANTY PERIOD FOR ACCESSORIES (OTHER THAN CHILD SEATS, ELECTRONIC ACCESSORIES OR PORTABLE/REMOVABLE ELECTRONIC DEVICES): If installed on a Mercedes-Benz vehicle ("Vehicle") by an Authorized Dealer prior to or at retail delivery, coverage is for the duration of the Mercedes-Benz New Vehicle Limited Warranty ("NVLW"). If purchased after the original sale/lease of the Vehicle and installed on the Vehicle by an Authorized Dealer, coverage is for the remainder of the NVLW or 24 months, whichever is longer. If an extended limited warranty ("ELW") from MBUSA is applicable to the Vehicle on which the accessory was installed by an Authorized Dealer, coverage is for the remainder of the ELW or 24 months from the date of installation whichever is longer.

If installed by an Authorized Dealer on a Certified Pre-Owned Vehicle at the time of purchase/lease, coverage is for the duration of a Mercedes-Benz Certified Pre Owned Limited Warranty ("CPOW") period or 24 months, whichever is longer. If installed by an Authorized Dealer after the purchase of a Certified Pre-Owned Vehicle, coverage is for the remainder of the CPOW or 24 months, whichever is longer.

If purchased over-the-counter/not installed by an Authorized Dealer, coverage is for 12 months from the date of purchase.

WARRANTY PERIOD FOR CHILD SEATS AND ELECTRONIC ACCESSORIES: Child safety seats and electronic accessories (including, but not limited to, Rear-Seat Entertainment Systems and Bluetooth devices for hands-free communication) are covered for 24 months from date of purchase.

WARRANTY PERIOD FOR PORTABLE/REMOVABLE ELECTRONIC DEVICES: Electronic devices that are not permanently installed in the Vehicle or that are portable from the Vehicle (including but not limited to phone handsets, portable navigation devices, headphones and remote controls) are covered for 12 months from the date of purchase.

ITEMS NOT COVERED FOR ALL ACCESSORIES: (1) Damage caused by accident, misuse or negligence. (2) Damage resulting from lack of required maintenance. (3) Normal wear and tear. (4) Required maintenance. (5) Damage resulting from alteration. (6) Damage cause by the use of other than approved service parts and accessories. (7) Damage from abuse, including but not limited to environmental exposure, use contrary to instructions, or use in applications or installation in vehicles other than those for which the product is designed. (8) Damage resulting from faulty installation. (9) Items not supported by proof of purchase and/or proof of dealer installation where required.

## This Limited Warranty does not cover:

TIRES: Replacement tires are warranted by the tire manufacturer.

DAMAGES DUE TO ACCIDENTS, MISUSE OR NEGLIGENCE: Parts damaged due to abuse, misuse, neglect, alteration or accident, or which have been improperly installed, repaired, or lubricated, or used in applications for which they were either not designed or approved by MBUSA. Defects or damage from improper testing, operation, maintenance, adjustment, or alteration or modification of any kind.

NORMAL MAINTENANCE IS AT OWNER'S EXPENSE: The expense for cleaning, adjusting or replacing of parts, such as air, oil, and fuel filters, windshield wiper blades, light bulbs, distributor points, or condensers, in the course of normal maintenance is the owner's responsibility. The expense for replacing spark plugs that are oil or lead fouled or which fail due to the use of low grade fuel, improper selection of heat range or misapplication is the owner's responsibility.

DAMAGE CAUSED BY REPAIR PARTS: Malfunctions caused by the use of other than original Mercedes-Benz spare parts and accessories.

DAMAGE FROM THE ENVIRONMENT: Parts made from cloth or leather (upholstery, convertible tops, trim items), wood, paint or chrome which have been affected by airborne fallout, such as chemicals and tree sap, or by road salt, hail, windstorm or other environmental factors. Damage caused by an act of God, including without limitation, earthquake, fire, flood, storms or other acts of nature.

DAMAGE TO GLASS: Glass breakage or scratches are not covered unless positive physical proof of a manufacturing fault can be established.

## This Limited Warranty does not cover:

NON-M-B CENTER INSTALLATION: Labor for removal and replacement of defective parts and accessories sold by an authorized Mercedes-Benz Retailer (passenger car or light truck, as applicable), if the subsequent repair is performed by a non-authorized repair facility. Labor charges shall be paid only for service provided by an authorized Mercedes-Benz Center (passenger car or light truck, as applicable).

NON-DEFECTIVE PARTS: All parts including parts sold over-the-counter (non-M-B Center installation) are subject to warranty parts testing. If a warranty part test result shows "No trouble found", MBUSA will debit the dealer for the entire claim. For parts sold over the counter, the dealer is entitled to recover any expenses from the installer.

TRANSFERRED PARTS: Service parts, equipment and accessories transferred between vehicles after installation are no longer covered by this warranty.

EXTRA EXPENSES: This warranty does not cover payment for loss of use of the vehicle during warranty repairs nor lodging bills, substitute transportation rentals, other travel costs, towing, telephone calls, loss of pay or any other indirect or consequential damage.

## Things you should know about the Mercedes-Benz Vehicle Service Parts and Accessories Limited Warranty:

GENERAL: Our intention is to repair under warranty, without charge to you, anything which is our fault that goes wrong with an original Mercedes-Benz service part or accessory that you purchased from and had installed by an authorized M-B Center (passenger car or light truck, as applicable). All we ask is that you properly maintain and care for the part or accessory and that you have warranty repairs performed by the applicable authorized Mercedes-Benz Center.

Please note the difference between "defects" and "damage" as used in the warranty. Defects are covered since we, the distributor, are responsible. Conversely, we have no control over damage caused by such things as, but not limited to collision, misuse, and lack of maintenance. Therefore, damage for whatever reason is not covered by the warranty.

Maintenance services are also not covered by the warranty since it is the owner's responsibility to maintain the vehicle according to the maintenance requirements provided.

CUSTOMER REPAIR ORDER: Your servicing M-B Center will give you a copy of the Repair Order on all warranty repairs performed. Please keep this copy with your vehicle records.

What to do if there is a question regarding the Limited Warranty:

The satisfaction and goodwill of Mercedes-Benz owners is of primary concern to Mercedes-Benz passenger car or light truck retailers and MBUSA. In the event a warranty matter is not handled to your satisfaction, the following steps are suggested:

FIRST - Discuss the problem with your Mercedes-Benz Center's management. Talk to the Service Manager, then if you still have questions, discuss them with the Mercedes-Benz Center's owner.

THEN - Request Clarification - If unanswered questions remain, contact Mercedes-Benz USA, LLC, Customer Assistance Center, One Mercedes Drive, Montvale, New Jersey 07645-0350.

1-800-FOR-MERCedes

The Customer Assistance Center may ask for the following information:

1. Year and model of vehicle
2. Vehicle Identification Number (VIN) stamped on windshield tag
3. Date part was purchased.
4. Your M-B Passenger Car or Light Truck Center's name.
5. Nature of problem.

Distributor in the United States:
Mercedes-Benz USA, LLC
One Mercedes Drive, P.O. Box 350
Montvale, New Jersey 07645-0350

www.MBUSA.com

This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

THIS IS THE ONLY WARRANTY GIVEN WITH THE PURCHASE OF MERCEDES-BENZ SERVICE REPLACEMENT PARTS, EQUIPMENT, OR ACCESSORIES. THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE LIMITED TO THE DURATION OF THE WARRANTY OUTLINED ABOVE FROM THE DATE OF PURCHASE. DAIMLERCHRYSLER AG, MERCEDES-BENZ U.S. INTERNATIONAL, INC., MERCEDES BENZ USA, LLC, MERCEDES BENZ SERVICE CORPORATION OR THE MERCEDES BENZ CENTER (PASSENGER CAR OR LIGHT TRUCK, AS APPLICABLE) NEITHER ASSUME NOR AUTHORIZE ANY OTHER PERSON TO ASSUME FOR THEM ANY OTHER LIABILITY IN CONNECTION WITH SUCH PARTS, EQUIPMENT OR ACCESSORIES.

NO PAYMENT OR OTHER COMPENSATION WILL BE MADE FOR INDIRECT OR CONSEQUENTIAL DAMAGE SUCH AS, DAMAGE OR INJURY TO PERSON OR PROPERTY OR LOSS OF REVENUE WHICH MIGHT BE PAID, INCURRED OR SUSTAINED BY REASON OF THE FAILURE OF ANY PART OR ASSEMBLY WHICH MAY BE REPAIRED OR REPLACED IN ACCORDANCE WITH THE TERMS OF THIS WARRANTY.

Some states do not allow the exclusion or limitation of incidental or consequential damages or limitation on how long an implied warranty lasts, so the above limitations may not apply to you.

## WARNING

Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. These chemicals are contained in many vehicle components and replacement parts, vehicle fluids, and paints and materials used to maintain vehicles, including, but not limited to, fuel, oil, batteries, brakes, and wheel balancing weights. When you service, clean or maintain your car, you will be exposed to listed chemicals contained in used oil, waste and replacement fluids, fumes, grease, grime, touch-up paint, certain replacement parts, and particulates from component wear. When we service your car, we will return used components to you upon request. Used parts and components contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

**To minimize your exposure when servicing, maintaining or cleaning your vehicle: 1) work in a well ventilated area; 2) do not smoke, drink or eat while working; 3) wash your hands when finished or when taking a break; and 4) follow all manufacturer instructions pertaining to proper use and maintenance of motor vehicles and vehicle components.**

(Posted in accordance with Proposition 65 in Cal. Health & Safety Code §25249.5 *et seq.*)

**ALL PARTS AND SERVICE PROVIDED AS IS BY DEALERSHIP: ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS AND SERVICES ARE PROVIDED BY OUR DEALERSHIP AS IS. OUR DEALERSHIP DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, IN CONNECTION WITH THE SALE OF PARTS AND ACCESSORIES AND/OR SERVICES AND REPAIRS PERFORMED BY OUR DEALERSHIP. THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE VEHICLE AND PARTS AND ACCESSORIES IS WITH THE CUSTOMER AND, IF APPLICABLE, THE MANUFACTURER. IF THE VEHICLE OR ANY INSTALLED PARTS OR ACCESSORIES SHOULD PROVE DEFECTIVE FOLLOWING THEIR PURCHASE, THE CUSTOMER AND POSSIBLY THE MANUFACTURER AND NOT THE DEALERSHIP ASSUME THE ENTIRE COST OF ANY NECESSARY SERVICING OR REPAIR. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.**

**HAZARDOUS WASTE DISPOSAL COSTS: A CHARGE MAY BE ASSESSED TO COVER COSTS ASSOCIATED WITH THE HANDLING, MANAGEMENT AND DISPOSAL OF TOXIC WASTE OR HAZARDOUS SUBSTANCES UNDER CALIFORNIA AND FEDERAL LAW.**

**TO OUR SERVICE CUSTOMERS:**

1. Our Dealership's usual charges for labor are not based on actual mechanic's time, but are simply our prices for particular jobs. 2. You will be charged no more than the estimated price approved by you. However, if we discover that different or additional repairs are necessary, you will be contacted for your advance approval of a revised estimate. 3. Customer is hereby notified that the vehicle and any of its contents are not insured or protected to the amount of the actual cash value thereof, or otherwise, against loss occasioned by theft, fire or vandalism while the property remains with the Dealership. 4. Customer states no articles of personal property have been left in the vehicle and dealer is not responsible for inspection thereof. 5. The repair of this vehicle and completion date are subject to the availability of labor and parts. The Dealership is not responsible for unavailability of parts or delays in parts shipment beyond the Dealership's control. 6. Due to the type of service requested some repairs must be sublet. 7. All labor and materials will be paid for in cash unless Dealer agrees to other payment arrangements in advance. Notice as used under PAYMENT TERMS on the front side hereof will be deemed to have been given upon deposit in the United States mail, postage prepaid, of written notification to that effect addressed to the customer at the address given on the front side hereof. 8. If the vehicle described herein is not called for within three (3) days after such notice is given, a daily storage fee will be charged. 9. The Dealership is authorized to deliver the vehicle described herein or any of its contents to any person presenting this receipt. 10. In addition to any and all other legal remedies available, I authorize the Dealership to have a lien on the vehicle described herein for all charges for repairs, including labor and parts, storage and/or towing, and to enforce such lien. The Dealership is hereby expressly authorized to sell said vehicle at public auction after giving a twenty (20) day written notice by certified mail to the legal owner, registered owner, and Department of Motor Vehicles of intent to do so. On the sale date, the vehicle shall be sold to the highest cash bidder and the proceeds of sale must be used first to satisfy the lien plus storage costs and costs incident to sale, and the balance shall be forwarded to the legal owner, or if none, to the registered owner, or if the address is unknown, it shall be forwarded to the Department of Motor Vehicles. Said expenses for sale shall also include a reasonable attorney's fees, which may be necessarily incurred. 11. If any such charges remain unpaid for thirty (30) days after such request for payment. The Dealership may also refer such charges to its attorneys for collection and the customer will pay a reasonable attorney's fee. 12. The Power-of-Attorney granted on the front of this Repair Order/Invoice shall be irrevocable and shall remain in effect for so long as there is an outstanding amount due under this Repair Order/Invoice. 13. Remanufactured and refurbished parts that meet manufacturer approved source part requirements may be installed at our discretion. Additional information is available upon request. 14. I authorize the retrieval of on-board data as needed to facilitate vehicle repair, as well as sharing that data with the vehicle manufacturer for diagnostic and research purposes.

## STATEMENT CONCERNING AMENDMENTS TO THE SONG-BEVERLY WARRANTY ACT AS FOLLOWS:

**"A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws."**

**State of California - Department of Consumer Affairs: NOTICE TO MOTORISTS:**

If your vehicle fails Smog Check, federal law requires you to make necessary repairs to reduce your vehicle's emissions to required levels. If your vehicle is not under warranty and you have spent up to or more than the amount required by law for appropriate emissions-related repairs at a licensed Smog Check repair facility, you may be eligible for a one-time waiver.

Repair waivers will NOT be issued for: Vehicles with missing, modified or disconnected emissions control equipment, regardless of the costs to make repairs;
Vehicles identified as "Gross Polluters" - vehicles which have much higher emissions than properly maintained vehicles in their class;
Vehicles that obtained a repair waiver after January 1, 1995, in their most recent biennial inspection or transfer of ownership.
**Two consecutive repair waivers will not be issued after January 1, 1995.**

If you obtain a smog certificate by means of fraud, you may be subject to a civil penalty of up to $2500 per day of subject violation. Also, you may be subject to criminal prosecution. For further information, call the Department of Consumer Affairs toll-free at 1-800-952-5210.

**BY LAW, YOU MAY CHOOSE ANOTHER LICENSED SMOG CHECK FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.**

CUSTOMER #: 543535

934130

**MERCEDES BENZ OF WALNUT CREEK**

*INVOICE*

CONRAD KUYAWA

▮▮▮▮▮▮▮▮
PITTSBURG, CA ▮▮▮▮▮▮▮

PAGE 7

1301 PARKSIDE DRIVE
WALNUT CREEK, CA 94596
(925) 937-1655
Mercedes-Benz

BAR# AL 242307      EPA# CAL 000300338
SMOG# ARD 242307

HOME:                CONT▮▮▮▮▮▮▮▮
BUS:                 CELL: ▮▮▮▮▮▮▮▮

SERVICE ADVISOR: 2818 MAURICIO ROCHIN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
|  | 19 | MERCEDES-BENZ S560 | WDDUG8DB5KA482569 |  | 27161/27164 | T6836 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 18FEB23 DD |  |  | 17:00 18MAR23 |  | 0.00 | CASH | 30MAR23 |

| R.O. OPENED | READY | OPTIONS: DLR:05158 |
|-------------|-------|--------------------|
| 13:54 18FEB23 | 15:23 30MAR23 |  |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|---|------|-----|-------|

27163 PERFORMED VEHICLE INSPECTION 0.20 PERFORMED VEHICLE
INSPECTION, SET TIRE PRESSURES, ROAD TEST, COMPLETED VEHICLE INSPECTION
REPORT. NOTE: FRONT BRAKE PADS WORN TO 2MM REAR BRAKE PADS WORN TO 2MM,
REAR TIRES WORN TO 3-5/32,
**********************************************
G *Complimentary Car Wash
    WASH PERFORM COMPLIMENTARY CAR WASH AND VACUUM.
      532   IPS                                              (N/
PARTS:    0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE G:    0.00
27163 PERFORMED COMPLIMENTARY CAR WASH AND QUALITY CONTROL
**********************************************
H** MEMO
  000 GENERAL
      532   IPS                                              (N/C)
PARTS:    0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE H:    0.00
**********************************************

************************************************************
ESTIMATE: 230.88              17MAR23 15:08  SA: 2818
  CONTACT:
************************************************************


************************************************************
ESTIMATE: 230.88              18FEB23 13:54  SA: 2818
  CONTACT:
************************************************************

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By |
|---|---|---|---|---|
| $ | $ |  |  | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) |
| Revised Estimate | | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) |
| $ | $ |  |  |  |

☐ Tire pressure check/inflation service was performed.
  RF___psi LF___psi RR___psi LR___psi
☐ Customer declined tire pressure check/inflation service.      Initials____

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you.

DATE            CUSTOMER SIGNATURE            AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

*HAZARDOUS WASTE DISPOSAL COSTS: We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law.

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.
☐ Some Parts Not Returnable.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT |  |
| PARTS AMOUNT |  |
| GAS, OIL, LUBE |  |
| SUBLET AMOUNT |  |
| WASTE DISPOSAL COSTS |  |
| TOTAL CHARGES |  |
| LESS INSURANCE |  |
| SALES TAX |  |
| PLEASE PAY THIS AMOUNT |  |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAR 2014 CDK Global, LLC (01/17) SERVICE INVOICE TYPE 2 - S7C - "LIMITED WARRANTY" - CALIFORNIA - S7CTX

**CUSTOMER COPY**

Mercedes-Benz

# VEHICLE SERVICE PARTS AND ACCESSORIES LIMITED WARRANTY

**This Limited Warranty covers:**

DEFECTS: Mercedes-Benz USA, LLC (MBUSA) warrants to the original purchaser and each subsequent owner of Mercedes-Benz genuine service replacement parts, equipment, or factory approved accessories, except tires, installed on a Mercedes-Benz vehicle which is operated in the USA or Canada under normal use and service to be free from defects in material and workmanship.

ANY MERCEDES-BENZ PASSENGER CAR OR LIGHT TRUCK DEALER: Any authorized Mercedes-Benz Center (passenger car or light truck, as applicable) of the purchaser's choice will, without charge, perform warranty repairs or replacements. The purchaser must return the defective part or accessory to the dealer's place of business during normal service hours. A reasonable time should be allowed for performance of the repair after taking the part to the Mercedes-Benz Center.

WARRANTY PERIOD: This warranty is for 12 months unlimited mileage from date of purchase.

Automatic transmissions are warranted for 24 months or 24,000 miles, whichever comes first, from date of purchase.

Engines and long blocks are warranted for 48 months or 50,000 miles, whichever comes first, from the date of installation as of May 20, 1996.

Trailer hitches, carriers, wind deflectors, grill guards, step bars, fender flares, running boards, spoilers and fog lights are warranted for 48 months or 50,000 miles, whichever occurs first if installed prior to or at retail delivery of a new Mercedes-Benz vehicle. This warranty will only be for the remaining portion of the New Vehicle Limited Warranty or 12 months with unlimited mileage, whichever is longer from the date of purchase if these accessories are installed after retail delivery of a new Mercedes-Benz vehicle.

This warranty applies only if the accessories listed above are installed by MBUSA or an authorized Mercedes-Benz Center. If these accessories are installed after expiration of the New Vehicle Limited Warranty or are sold over-the-counter, the 12 months' unlimited mileage warranty from date of purchase applies.

Remote key replacement batteries are covered for 90 days from the battery purchase date.

MB Cellular Telephone replacement batteries are covered for 12 months from the battery purchase date. For vehicle batteries, see Vehicle Battery Limited Warranty, Form S-0417-600-A.

WARRANTY STARTS: The warranty period starts from the date of purchase of the part or accessory. The dealer (passenger car or light truck, as applicable) must be furnished with the customer's copy of the original sales receipt on counter sales or the customer's copy of the repair order on Dealer installations to validate the date of purchase.

NO CHARGE: Warranty repairs will be made at no charge for parts and labor when performed at an authorized Mercedes-Benz Retailer (passenger car or light truck, as applicable).

WARRANTY PERIOD FOR ACCESSORIES (OTHER THAN CHILD SEATS, ELECTRONIC ACCESSORIES OR PORTABLE/REMOVABLE ELECTRONIC DEVICES): If installed on a Mercedes-Benz vehicle ("Vehicle") by an Authorized Dealer prior to or at retail delivery, coverage is for the duration of the Mercedes-Benz New Vehicle Limited Warranty ("NVLW"). If purchased after the original sale/lease of the Vehicle and installed on the Vehicle by an Authorized Dealer, coverage is for the remainder of the NVLW or 24 months, whichever is longer. If an extended limited warranty ("ELW") from MBUSA is applicable to the Vehicle on which the accessory was installed by an Authorized Dealer, coverage is for the remainder of the ELW or 24 months from the date of installation whichever is longer.

If installed by an Authorized Dealer on a Certified Pre-Owned Vehicle at the time of purchase/lease, coverage is for the duration of a Mercedes-Benz Certified Pre-Owned Limited Warranty ("CPOW") period or 24 months, whichever is longer. If installed by an Authorized Dealer after the purchase of a Certified Pre-Owned Vehicle, coverage is for the remainder of the CPOW or 24 months, whichever is longer.

If purchased over-the-counter/not installed by an Authorized Dealer, coverage is for 12 months from the date of purchase.

WARRANTY PERIOD FOR CHILD SEATS AND ELECTRONIC ACCESSORIES: Child safety seats and electronic accessories (including, but not limited to, Rear-Seat Entertainment Systems and Bluetooth devices for hands-free communication) are covered for 24 months from date of purchase.

WARRANTY PERIOD FOR PORTABLE/REMOVABLE ELECTRONIC DEVICES: Electronic devices that are not permanently installed in the Vehicle or that are portable from the Vehicle (including but not limited to phone handsets, portable navigation devices, headphones and remote controls) are covered for 12 months from the date of purchase.

ITEMS NOT COVERED FOR ALL ACCESSORIES: (1) Damage caused by accident, misuse or negligence. (2) Damage resulting from lack of required maintenance. (3) Normal wear and tear. (4) Required maintenance. (5) Damage resulting from alteration. (6) Damage cause by the use of other than approved service parts and accessories. (7) Damage from abuse, including but not limited to environmental exposure, use contrary to instructions, or use in applications or installation in vehicles other than those for which the product is designed. (8) Damage resulting from faulty installation. (9) Items not supported by proof of purchase and/or proof of dealer installation where required.

**This Limited Warranty does not cover:**

TIRES: Replacement tires are warranted by the tire manufacturer.

DAMAGES DUE TO ACCIDENTS, MISUSE OR NEGLIGENCE: Parts damaged due to abuse, misuse, neglect, alteration or accident, or which have been improperly installed, repaired, or lubricated, or used in applications for which they were either not designed or approved by MBUSA. Defects or damage from improper testing, operation, maintenance, adjustment, or alteration or modification of any kind.

NORMAL MAINTENANCE IS AT OWNER'S EXPENSE: The expense for cleaning, adjusting or replacing of parts, such as air, oil, and fuel filters, windshield wiper blades, light bulbs, distributor points, or condensers, in the course of normal maintenance is the owner's responsibility. The expense for replacing spark plugs that are oil or lead fouled or which fail due to the use of low grade fuel, improper selection of heat range or misapplication is the owner's responsibility.

DAMAGE CAUSED BY REPAIR PARTS: Malfunctions caused by the use of other than original Mercedes-Benz spare parts and accessories.

DAMAGE FROM THE ENVIRONMENT: Parts made from cloth or leather (upholstery, convertible tops, trim covers), wood, paint or chrome which have been affected by airborne fallout, such as chemicals and tree sap, or by road salt, hail, windstorm or other environmental factors. Damage caused by an act of God, including without limitation, earthquake, fire, flood, storms or other acts of nature.

DAMAGE TO GLASS: Glass breakage or scratches are not covered unless positive physical proof of a manufacturing fault can be established.

**This Limited Warranty does not cover:**

NON-M-B CENTER INSTALLATION: Labor for removal and replacement of defective parts and accessories sold by an authorized Mercedes-Benz Retailer (passenger car or light truck, as applicable), if the subsequent repair is performed by a non-authorized repair facility. Labor charges shall be paid only for service provided by an authorized Mercedes-Benz Center (passenger car or light truck, as applicable).

NON-DEFECTIVE PARTS: All parts including parts sold over-the-counter (non-M-B Center installation) are subject to warranty parts testing. If a warranty part test result shows "No trouble found", MBUSA will debit the dealer for the entire claim. For parts sold over the counter, the dealer is entitled to recover any expenses from the installer.

TRANSFERRED PARTS: Service parts, equipment and accessories transferred between vehicles after installation are no longer covered by this warranty.

EXTRA EXPENSES: This warranty does not cover payment for loss of use of the vehicle during warranty repairs nor lodging bills, substitute transportation rentals, other travel costs, towing, telephone calls, loss of pay or any other indirect or consequential damage.

**Things you should know about the Mercedes-Benz Vehicle Service Parts and Accessories Limited Warranty:**

GENERAL: Our intention is to repair under warranty, without charge to you, anything which is our fault that goes wrong with an original Mercedes-Benz service part or accessory that you purchased from and had installed by an authorized M-B Center (passenger car or light truck, as applicable). All we ask is that you properly maintain and care for the part or accessory and that you have warranty repairs performed by the applicable authorized Mercedes-Benz Center.

Please note the difference between "defects" and "damage" as used in the warranty. Defects are covered since we, the distributor, are responsible. Conversely, we have no control over damage caused by such things as, but not limited to collision, misuse, and lack of maintenance. Therefore, damage for whatever reason is not covered by the warranty.

Maintenance services are also not covered by the warranty since it is the owner's responsibility to maintain the vehicle according to the maintenance requirements provided.

CUSTOMER REPAIR ORDER: Your servicing M-B Center will give you a copy of the Repair Order on all warranty repairs performed. Please keep this copy with your vehicle records.

**What to do if there is a question regarding the Limited Warranty:**

The satisfaction and goodwill of Mercedes-Benz owners is of primary concern to Mercedes-Benz passenger car or light truck retailers and MBUSA. In the event a warranty matter is not handled to your satisfaction, the following steps are suggested:

FIRST - Discuss the problem with your Mercedes-Benz Center's management. Talk to the Service Manager, then if you still have questions, discuss them with the Mercedes-Benz Center's owner.

THEN - Request Clarification - If unanswered questions remain, contact Mercedes-Benz USA, LLC, Customer Assistance Center, One Mercedes Drive, Montvale, New Jersey 07645-0350.

1-800-FOR-MERCedes

The Customer Assistance Center may ask for the following information.

1. Year and model of vehicle.
2. Vehicle Identification Number (VIN) stamped on windshield tag
3. Date part was purchased.
4. Your M-B Passenger Car or Light Truck Center's name.
5. Nature of problem.

Distributor in the United States:
Mercedes-Benz USA, LLC
One Mercedes Drive, P.O. Box 350
Montvale, New Jersey 07645-0350

www.MBUSA.com

This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

THIS IS THE ONLY WARRANTY GIVEN WITH THE PURCHASE OF MERCEDES-BENZ SERVICE REPLACEMENT PARTS, EQUIPMENT, OR ACCESSORIES. THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE LIMITED TO THE DURATION OF THE WARRANTY OUTLINED ABOVE FROM THE DATE OF PURCHASE. DAIMLERCHRYSLER AG, MERCEDES-BENZ U.S. INTERNATIONAL, INC., MERCEDES BENZ USA, LLC, MERCEDES BENZ SERVICE CORPORATION OR THE MERCEDES BENZ CENTER (PASSENGER CAR OR LIGHT TRUCK, AS APPLICABLE) NEITHER ASSUME NOR AUTHORIZE ANY OTHER PERSON TO ASSUME FOR THEM ANY OTHER LIABILITY IN CONNECTION WITH SUCH PARTS, EQUIPMENT OR ACCESSORIES.

NO PAYMENT OR OTHER COMPENSATION WILL BE MADE FOR INDIRECT OR CONSEQUENTIAL DAMAGE SUCH AS, DAMAGE OR INJURY TO PERSON OR PROPERTY OR LOSS OF REVENUE WHICH MIGHT BE PAID, INCURRED OR SUSTAINED BY REASON OF THE FAILURE OF ANY PART OR ASSEMBLY WHICH MAY BE REPAIRED OR REPLACED IN ACCORDANCE WITH THE TERMS OF THIS WARRANTY.

Some states do not allow the exclusion or limitation of incidental or consequential damages or limitation on how long an implied warranty lasts, so the above limitations may not apply to you.

## WARNING

Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. These chemicals are contained in many vehicle components and replacement parts, vehicle fluids, and paints and materials used to maintain vehicles, including, but not limited to, fuel, oil, batteries, brakes, and wheel balancing weights. When you service, clean or maintain your car, you will be exposed to listed chemicals contained in used oil, waste and replacement fluids, fumes, grease, grime, touch-up paint, certain replacement parts, and particulates from component wear. When we service your car, we will return used components to you upon request. Used parts and components contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

**To minimize your exposure when servicing, maintaining or cleaning your vehicle: 1) work in a well ventilated area; 2) do not smoke, drink or eat while working; 3) wash your hands when finished or when taking a break; and 4) follow all manufacturer instructions pertaining to proper use and maintenance of motor vehicles and vehicle components.**

(Posted in accordance with Proposition 65 in Cal. Health & Safety Code §25249.5 *et seq.*)

**ALL PARTS AND SERVICE PROVIDED AS IS BY DEALERSHIP: ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS AND SERVICES ARE PROVIDED BY OUR DEALERSHIP AS IS. OUR DEALERSHIP DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, IN CONNECTION WITH THE SALE OF PARTS AND ACCESSORIES AND/OR SERVICES AND REPAIRS PERFORMED BY OUR DEALERSHIP. THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE VEHICLE AND PARTS AND ACCESSORIES IS WITH THE CUSTOMER AND, IF APPLICABLE, THE MANUFACTURER. IF THE VEHICLE OR ANY INSTALLED PARTS OR ACCESSORIES SHOULD PROVE DEFECTIVE FOLLOWING THEIR PURCHASE, THE CUSTOMER AND POSSIBLY THE MANUFACTURER AND NOT THE DEALERSHIP ASSUME THE ENTIRE COST OF ANY NECESSARY SERVICING OR REPAIR. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.**

**HAZARDOUS WASTE DISPOSAL COSTS: A CHARGE MAY BE ASSESSED TO COVER COSTS ASSOCIATED WITH THE HANDLING, MANAGEMENT AND DISPOSAL OF TOXIC WASTE OR HAZARDOUS SUBSTANCES UNDER CALIFORNIA AND FEDERAL LAW.**

**TO OUR SERVICE CUSTOMERS:**

1. Our Dealership's usual charges for labor are not based on actual mechanic's time, but are simply our prices for particular jobs. 2. You will be charged no more than the estimated price approved by you. However, if we discover that different or additional repairs are necessary, you will be contacted for your advance approval of a revised estimate. 3. Customer is hereby notified that the vehicle and any of its contents are not insured or protected to the amount of the actual cash value thereof, or otherwise, against loss occasioned by theft, fire or vandalism while the property remains with the Dealership. 4. Customer states no articles of personal property have been left in the vehicle and dealer is not responsible for inspection thereof. 5. The repair of this vehicle and completion date are subject to the availability of labor and parts. The Dealership is not responsible for unavailability of parts or delays in parts shipment beyond the Dealership's control. 6. Due to the type of service requested some repairs must be sublet. 7. All labor and materials will be paid for in cash unless Dealer agrees to other payment arrangements in advance. Notice as used under PAYMENT TERMS on the front side hereof will be deemed to have been given upon deposit in the United States mail, postage prepaid, or written notification to that effect addressed to the customer at the address given on the front side hereof. 8. If the vehicle described herein is not called for within three (3) days after such notice is given, a daily storage fee will be charged. 9. The Dealership is authorized to deliver the vehicle described herein or any of its contents to any person presenting this receipt. 10. In addition to any and all other legal remedies available, I authorize the Dealership to have a lien on the vehicle described herein for all charges for repairs, including labor and parts, storage and/or towing, and to enforce such lien. The Dealership is hereby expressly authorized to sell said vehicle at public auction after giving a twenty (20) day written notice by certified mail to the legal owner, registered owner, and Department of Motor Vehicles of intent to do so. On the sale date, the vehicle shall be sold to the highest cash bidder and the proceeds of sale must be used first to satisfy the lien plus storage costs and costs incident to sale, and the balance shall be forwarded to the legal owner, or if none, to the registered owner, or if the address is unknown, it shall be forwarded to the Department of Motor Vehicles. Said expenses for sale shall also include a reasonable attorney's fees, which may be necessarily incurred. 11. If any such charges remain unpaid for thirty (30) days after such request for payment. The Dealership may also refer such charges to its attorneys for collection and the customer will pay a reasonable attorney's fee. 12. The Power-of-Attorney granted on the front of this Repair Order/Invoice shall be irrevocable and shall remain in effect for so long as there is an outstanding amount due under this Repair Order/Invoice. 13. Remanufactured and refurbished parts that meet manufacturer approved source part requirements may be installed at our discretion. Additional information is available upon request. 14. I authorize the retrieval of on-board data as needed to facilitate vehicle repair, as well as sharing that data with the vehicle manufacturer for diagnostic and research purposes.

## STATEMENT CONCERNING AMENDMENTS TO THE SONG-BEVERLY WARRANTY ACT AS FOLLOWS:

**"A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws."**

**State of California - Department of Consumer Affairs: NOTICE TO MOTORISTS:**

If your vehicle fails Smog Check, federal law requires you to make necessary repairs to reduce your vehicle's emissions to required levels. If your vehicle is not under warranty and you have spent up to or more than the amount required by law for appropriate emissions-related repairs at a licensed Smog Check repair facility, you may be eligible for a one-time waiver.

Repair waivers will NOT be issued for:
- Vehicles with missing, modified or disconnected emissions control equipment, regardless of the costs to make repairs;
- Vehicles identified as "Gross Polluters" - vehicles which have much higher emissions than properly maintained vehicles in their class;
- Vehicles that obtained a repair waiver after January 1, 1995, in their most recent biennial inspection or transfer of ownership.
- **Two consecutive repair waivers will not be issued after January 1, 1995.**

If you obtain a smog certificate by means of fraud, you may be subject to a civil penalty of up to $2500 per day of subject violation. Also, you may be subject to criminal prosecution. For further information, call the Department of Consumer Affairs toll-free at 1-800-952-5210.

**BY LAW, YOU MAY CHOOSE ANOTHER LICENSED SMOG CHECK FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.**

CUSTOMER #: 543535

934130

*INVOICE*

PAGE 8

**MERCEDES BENZ OF WALNUT CREEK**

Mercedes-Benz

1301 PARKSIDE DRIVE
WALNUT CREEK, CA 94596
(925) 937-1655

BAR# AL 242307      EPA# CAL 00030033
SMOG# ARD 242307

CONRAD KUYAWA

PITTSBURG, CA

HOME:                  CONT
BUS:                   CELL:

SERVICE ADVISOR: 2818 MAURICIO ROCHIN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| | 19 | MERCEDES-BENZ S560 | WDDUG8DB5KA482569 | | 27161/27164 | T5836 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 18FEB23 DD | | | 17:00 18MAR23 | | 0.00 | CASH | 30MAR2. |

| R.O. OPENED | READY | OPTIONS: | DLR:05158 |
|---|---|---|---|
| 13:54 18FEB23 | 15:23 30MAR23 | | |

LINE OPCODE TECH TYPE HOURS                         LIST      NET      TOTA

Your feedback is important to us and we
invite you to complete our Mercedes-Benz
survey which will be e-mailed to you in
approximately in 10 days. If you have any
concerns, please contact me directly at
925-949-2175.Thank you and we value your
business. Walter Davis, Service Manager

| | Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: |
|---|---|---|---|---|---|
| $ | | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |
| Revised Estimate | | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |

☐ Tire pressure check/inflation service was performed.
RF____psi LF____psi RR____psi LR____psi
☐ Customer declined tire pressure check/inflation service.          Initials____

By signing below, you acknowledge that you were notified of and authorized the
Dealership to perform the services/repairs itemized in this invoice and that you received
(or had the opportunity to inspect) any replaced parts as requested by you.

DATE          CUSTOMER SIGNATURE          AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

*HAZARDOUS WASTE DISPOSAL
COSTS: We have added this
charge to cover costs associated
with the handling, management
and disposal of toxic wastes or
hazardous substances under
California and Federal Law.

**ALL PARTS ARE NEW
UNLESS OTHERWISE
INDICATED.**
☐ Some Parts Not Returnable

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| WASTE DISPOSAL COSTS * | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0. |
| SALES TAX | 0. |
| PLEASE PAY THIS AMOUNT | 0. |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAP 2014 CDK Global, LLC (01/17) SERVICE INVOICE TYPE 2 - S/2C - "LIMITED WARRANTY" - CALIFORNIA - 5 PART

CUSTOMER COPY

# VEHICLE SERVICE PARTS AND ACCESSORIES LIMITED WARRANTY



## WARNING

Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm... these chemicals are contained in many vehicle components and replacement parts... When you service your car, you will be exposed to listed chemicals contained in... used components to you upon request. Used parts and components contain chemicals known to the State of California to cause certain birth defects or other reproductive harm.

To minimize your exposure when servicing, maintaining or cleaning your vehicle: 1) work in a well ventilated area, 2) do not smoke, drink or eat while working; 3) wash your hands when finished or when taking a break; and 4) follow all manufacturer instructions pertaining to proper use and maintenance of motor vehicles and vehicle components.

(Posted in accordance with Proposition 65 in Cal. Health & Safety Code §25249.5 et seq.)

## STATEMENT CONCERNING AMENDMENTS TO THE SONG-BEVERLY WARRANTY ACT AS FOLLOWS:

"A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws."

State of California - Department of Consumer Affairs - NOTICE TO MOTORISTS

## Superior Court of California, Contra Costa County

CV - Martinez-Wakefield Taylor Courthouse
725 Court Street
Martinez CA 94553
925-608-1000
www.cc-courts.org



K. Bieker
Court Executive Officer

| CASE NAME: | CASE NUMBER: |
|---|---|
| CONRAD KUYAWA VS. MERCEDES-BENZ USA, LLC | C23-02338 |

1. NOTICE IS HEREBY GIVEN THAT A CASE MANAGEMENT CONFERENCE IS SET IN THE ABOVE ENTITLED CASE AND WILL BE HELD IN THIS COURT ON:

| HEARING DATE: | HEARING TIME: | HEARING LOCATION: |
|---|---|---|
| 03/08/2024 | 8:30 AM | DEPARTMENT 21 |
| | | 725 COURT ST  RM 320  MARTINEZ, CA 94553 |

THIS FORM, A COPY OF THE NOTICE TO PLAINTIFFS, THE ADR INFORMATION SHEET, A BLANK CASE MANAGEMENT STATEMENT, AND A BLANK ADR CASE MANAGEMENT STIPULATION AND ORDER FORM ARE TO BE SERVED ON OPPOSING PARTIES.  ALL PARTIES SERVED WITH SUMMONS AND COMPLAINT/CROSS-COMPLAINT OR THEIR ATTORNEY OF RECORD MUST APPEAR.

2. YOU MAY STIPULATE TO AN EARLIER CASE MANAGEMENT CONFERENCE. IF ALL PARTIES AGREE TO AN EARLY CASE MANAGEMENT CONFERENCE, PLEASE CONTACT THE COURT CLERK'S OFFICE AT (925)608-1000 FOR UNLIMITED CIVIL AND LIMITED CIVIL CASES FOR ASSIGNMENT OF AN EARLIER DATE.
3. YOU MUST BE FAMILIAR WITH THE CASE AND BE FULLY PREPARED TO PARTICIPATE EFFECTIVELY IN THE CASE MANAGEMENT CONFERENCE AND TO DISCUSS THE SUITABILITY OF THIS CASE FOR THE EASE PROGRAM, PRIVATE MEDIATION, BINDING OR NON-BINDING ARBITRATION, AND/OR USE OF A SPECIAL MASTER.
4. AT ANY CASE MANAGEMENT CONFERENCE THE COURT MAY MAKE PRETRIAL ORDERS INCLUDING THE FOLLOWING:
   a) AN ORDER ESTABLISHING A DISCOVERY SCHEDULE
   b) AN ORDER REFERRING THE CASE TO ARBITRATION
   c) AN ORDER TRANSFERRING THE CASE TO LIMITED JURISDICTION
   d) AN ORDER DISMISSING FICTITIOUS DEFENDANTS
   e) AN ORDER SCHEDULING EXCHANGE OF EXPERT WITNESS INFORMATION
   f) AN ORDER SETTING SUBSEQUENT CONFERENCE AND THE TRIAL DATE
   g) AN ORDER CONSOLIDATING CASES
   h) AN ORDER SEVERING TRIAL OF CROSS-COMPLAINTS OR BIFURCATING ISSUES
   i) AN ORDER DETERMINING WHEN DEMURRERS AND MOTIONS WILL BE FILED

### SANCTIONS

IF YOU DO NOT FILE THE CASE MANAGEMENT STATEMENT OR ATTEND THE CASE MANAGEMENT CONFERENCE OR PARTICIPATE EFFECTIVELY IN THE CONFERENCE, THE COURT MAY IMPOSE SANCTIONS (INCLUDING DISMISSAL OF THE CASE AND PAYMENT OF MONEY).

**SUPERIOR COURT OF CALIFORNIA, CONTRA COSTA COUNTY**
I DECLARE UNDER PENALTY OF PERJURY THAT I AM NOT A PARTY TO THE WITHIN ACTION OR PROCEEDING; THAT ON THE DATE BELOW INDICATED, I SERVED A COPY OF THE FOREGOING NOTICE BY DEPOSITING SAID COPY ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON FULLY PREPAID IN THE UNITED STATES MAIL AT MARTINEZ, CALIFORNIA AS INDICATED ABOVE.

DATE:  9/20/2023                                    BY: _____

                                                    N. MCCALLISTER-VILA, DEPUTY CLERK

## Superior Court of California, Contra Costa County

CV - Martinez-Wakefield Taylor Courthouse
725 Court Street
Martinez CA 94553
925-608-1000
www.cc-courts.org



K. Bieker
Court Executive Officer

NOTICE OF HEARING HAS BEEN PRINTED FOR THE FOLLOWING ATTORNEYS/FIRMS OR PARTIES FOR
CASE NUMBER: C23-02338 ON 9/20/2023:

CONRAD J. KUYAWA
530 DIVISADERO STREET
PMB 804
SAN FRANCISCO CA 94117

*Superior Court of California, County of Contra Costa*

# <u>UNLIMITED</u> JURISDICTION

## Civil Actions

## PACKET

### <u>What you will find in this packet</u>:

- **Interpreter Request** (MC-300e&s)

- **Notice To Plaintiffs** (CV-655a-INFO)

- **Notice To Defendants** (CV-655d-INFO)

- **ADR Case Management Stipulation and Order** (CV-655b)

- **Case Management Statement** (CM-110)

- **Alternative Dispute Resolution (ADR) Information** (CV-655c-INFO)

*You Can Get Court Forms FREE at:  www.cc-courts.org/forms*

# Superior Court of California, County of Contra Costa

## <u>Interpreter Request</u>

If you need an interpreter, please complete the form below and submit it to any Filing Window or courtroom.

Case Number: _____

**Case Type:**

| | |
|---|---|
| ☐ Criminal | ☐ Small Claims – ($10,000 or less) |
| ☐ Traffic | ☐ Civil - ☐ $25,000 ☐ over $25,000 |
| ☐ Civil Harassment | ☐ Civil – Other _____ |
| ☐ Conservatorship | ☐ Family Law |
| ☐ Proceedings to terminate parental rights | ☐ Unlawful Detainer |
| ☐ Dependent Adult Abuse | ☐ Guardianship |
| ☐ Juvenile | ☐ Elder Abuse |

Party Requesting Interpreter:_____

Is interpreter for a witness?   ☐ Yes   ☐ No

Phone Number(s) where party can be reached: _____

Date of Hearing: _____   Time of Hearing: _____

Department: _____   Location: ☐ Martinez ☐ Pittsburg ☐ Richmond ☐ Walnut Creek

Language Needed: ☐ Spanish   ☐ Mandarin   ☐ Cantonese   ☐ Vietnamese

☐ Other: _____

To avoid the risk that your hearing will have to be postponed, please submit this form a minimum of one week in advance.

Current information about this program is available at our website:
<u>www.cc-courts.org/interpreter</u>

MC-300e&s Rev. 1/24/18

# Superior Court of California, County of Contra Costa

### <u>Solicitud Para Intérprete</u>

Si necesita un intérprete, favor completar este formulario y presentarlo en cualquier ventanilla para archivar documentos o con la secretaria del tribunal.

Número de Caso: _____

**Tipo de Caso:**

☐ Criminal

☐ Tráfico

☐ Acoso Civil

☐ Conservador

☐ Casos para Terminar Derechos de Madre o Padre

☐ Abuso de Adultos Incapacitados

☐ Tribual de Menores

☐ Demanda Civil – ($10,000 o menos)

☐ Demanda Civil -
    ☐ $25,000  ☐ más de $25,000

☐ Civil – otro tipo _____

☐ Casos de Familia

☐ Juicio de Desalojo

☐ Tutela

☐ Abuso de Personas Mayores

Persona que Necesita Intérprete: _____

☐ Marque aquí si esta persona es un testigo

Número Telefónico: _____

Fecha de la Audiencia Judicial: _____    Hora: _____

Departamento: _____   Ciudad: ☐ Martinez  ☐ Pittsburg  ☐ Richmond  ☐ Walnut Creek

Idioma Solicitado:  ☐ Español  ☐ Mandarín  ☐ Cantonés  ☐ Vietnamita

                ☐ Otro Idioma: _____

Para evitar la posibilidad que su audiencia sea aplazada, favor the presentar este formulario al menos una semana antes de la fecha de su audiencia.

Información actualizada acerca de este servicio se encuentra en nuestra página web: <u>www.cc-courts.org/interpreter</u>

MC-300e&s Rev. 1/24/18

## Superior Court of California, County of Contra Costa

# NOTICE TO DEFENDANTS
### In Unlimited Jurisdiction Civil Actions

**YOU ARE BEING SUED.** The packet you have been served should contain:

- a.   The Summons
- b.   The Complaint
- c.   The Notice of Case Management (shows hearing date and time)
- d.   Blank: Case Management Statement (Judicial Council Form CM-110)
- e.   Blank: Stipulation and Order to Attend ADR and Delay First Case Management Conference 90 Days (Local Court Form CV-655b)
- f.   Alternative Dispute Resolution (ADR) Information  (Local Court Form CV-655c-INFO)

---

 **WHAT DO I DO NOW?** 

**You must:**

1. **Prepare your response**   YOU COULD LOSE YOUR CASE—even before it is heard by a judge or before you can defend yourself, if you do not prepare and file a response on time. See the other side of this page for types of responses you can prepare.

2. **Complete the *Case Management  Statement*  *(CM-110)***

3. **File and serve your court papers on time**   Once your court forms are complete, you must file 1 original and 2 copies of the forms at court. An adult who is NOT involved in your case must serve one set of forms on the Plaintiff. If you were served in person you must file your response in 30 days. If the server left a copy of the papers with an adult living at your home or an adult in charge at your work or you received a copy by mail you must file your response in 40 days.

4. **Prove you served your court papers on time**   by having your server complete a *Proof of Service, (Judicial Council form POS-040)*, that must be filed at the court within 60 days.

5. **Go to court** on the date and time given in the *Notice of Case Management Conference.*

6. **Consider trying to settle your case before trial**   If you and the other party to the case can agree to use mediation, arbitration or neutral case evaluation, the *Stipulation and Order to Attend ADR and Delay First Case Management Conference 90 Days* can be filed with your other papers. For more information read the enclosed ADR information, visit www.cc-courts.org/adr, or email adrweb@contracosta.courts.ca.gov.

**IMPORTANT! The court recommends consulting an attorney for all or part of your case.  While you may represent yourself, lawsuits can be complicated, and the court cannot give you legal advice.**

---

**COURT FEES:**  You must pay court fees the first time you file your papers.  If you also file a motion, you must pay another fee.  If you cannot afford the fees, you may ask the court to waive (allow you not to pay) fees. Use Judicial Council forms FW-001-INFO [information sheet]; FW-001 [application]; and FW-003 [order].

**COURT FORMS:**  Buy forms at the Law Library (1020 Ward Street, Martinez, CA) or download them for free at: www.courtinfo.ca.gov/forms/

## WHAT KIND OF RESPONSES CAN I FILE?

1. If you disagree with some or all of what the plaintiff says in the complaint because you believe, or know it is not true, you can file an <u>ANSWER</u>.

2. If you have a claim in the same case against the plaintiff, you may file a <u>CROSS-COMPLAINT</u>.

3. If you want to ask the court to do something on your behalf, you may file a <u>MOTION</u> *(See TYPES OF MOTIONS below)*

## HOW DO I PREPARE AN ANSWER?

There are two kinds of Answers you can use, depending on whether the Complaint was verified. You can tell if a Complaint is verified because it says "Verified Complaint" and/or has a signed oath on the last page.

**For complaints that are NOT verified:**

Use Judicial Council form PLD-050 – General Denial

**For complaints that ARE verified:**

a. For personal injury, property damage, and wrongful death claims, use Judicial Council PLD-PI-003 (do <u>not</u> check number 2).

b. For contract claims, use Judicial Council PLD-C-010 (do <u>not</u> check number 3a).

c. Be sure to deny <u>every</u> claim with which you disagree. For example, you might write: *"I believe, or know, that the information in paragraph #__ is untrue/incorrect."* Continue your list until you have addressed each paragraph in the Complaint.

**NOTE:** The Judicial Council Answer forms have spaces for your affirmative defenses. Be sure to include them or you may not be able to use them later. To find out what your affirmative defenses might be, go to the law library and ask the librarian to help you find the information you need.

**If you want to file a Cross-Complaint, you must do so at the same time you file the Answer.**

a. For a personal injury, property damage, and/or wrongful death Cross-Complaint, use Judicial Council form PLD-PI-002.

b. For a contract Cross-Complaint, use Judicial Council PLD-C-001.

## TYPES OF MOTIONS

Written motions are documents that ask the court to do something. You may have to file an *Answer* at the same time. At this point in the case, you can only make Motions from the following list:

1. <u>Demurrer</u> *(the facts stated in the complaint are wrong, or the deadline to file the lawsuit has passed)*;

2. <u>Motion to Strike</u> *(the complaint is unclear; does not follow the law, "doesn't matter", etc.)*;

3. <u>Motion to Transfer</u> *(the complaint is in the wrong court or there's a more appropriate court)*;

4. <u>Motion to Quash Service of Summons</u> *(you were not legally served)*;

5. <u>Motion to Stay</u> *(put the case on hold)*; or

6. <u>Motion to Dismiss</u> *(stops the case).*

**NOTE: Motions are very complicated and you may want to hire a lawyer to help you.**

## WHERE CAN I GET MORE HELP?

- **Lawyer Referral Service:**   (925) 825-5700
- **Bay Area Legal Aid:**   (800) 551-5554
- **Contra Costa County Law Library**        Martinez:  (925) 646- 2783        Richmond:  (510) 374-3019
- **Ask the Law Librarian:**        www.247ref.org/portal/access_law3.cfm

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## IN AND FOR THE COUNTY OF CONTRA COSTA

_____

_____
Plaintiff(s) / Cross Plaintiff(s)

vs.

_____

_____
Defendant(s) / Cross Defendant(s)

### _ADR Case Management Stipulation and Order_
### _(Unlimited Jurisdiction Civil Cases)_

CASE NO: _____

---

► ALL PARTIES STIPULATING TO ADR AND DELAYING THEIR CASE MANAGEMENT CONFERENCE 90 DAYS MUST **SUBMIT THE ORDER FOR THE JUDGE'S SIGNATURE AND FILE THIS FORM AT LEAST 15 DAYS BEFORE THEIR CASE MANAGEMENT CONFERENCE.** (NOT AVAILABLE IN COMPLEX LITIGATION CASES.)

► PARTIES MUST ALSO **SEND A COPY OF THIS FILED STIPULATION AND ORDER TO THE ADR OFFICE**: EMAIL adrweb@contracosta.courts.ca.gov  FAX: (925) 608-2109  MAIL: P.O. BOX 911, MARTINEZ, CA 94553

---

**Counsel and all parties agree to delay their case management conference 90 days to attend ADR and complete pre-ADR discovery as follows:**

1. Selection and scheduling for Alternative Dispute Resolution (ADR):
    a.  The parties have agreed to ADR as follows:
        i.   ❑ Mediation   (❑ Court-connected ❑ Private)
        ii.  ❑ Arbitration  (❑ Judicial Arbitration (non-binding)  ❑ Private (non-binding)  ❑ Private (binding))
        iii. ❑ Neutral case evaluation
    b.  The ADR neutral shall be selected by *(date)*: _____ *(no more than 14 days after filing this form)*
    c.  ADR shall be completed by *(date)*: _____ *(no more than 90 days after filing this form)*
2. The parties will complete the following discovery plan:
    a.  ❑ Written discovery:   (❑ Additional page(s) attached)
        i.   ❑ Interrogatories to:
        ii.  ❑ Request for Production of Documents to:
        iii. ❑ Request for Admissions to:
        iv.  ❑ Independent Medical Evaluation of:
        v.   ❑ Other:
    b.  ❑ Deposition of the following parties or witnesses: (❑ Additional page(s) attached)
        i.   _____
        ii.  _____
        iii. _____
    c.  ❑ No Pre-ADR discovery needed
3. The parties also agree: _____
   _____

4. Counsel and self-represented parties represent they are familiar with and will fully comply with all local court rules related to ADR as provided in Title Three; Chapter 5, will pay the fees associated with these services, and understand that if they do not, without good cause, comply with this stipulation and all relevant local court rules, they may be subject to sanctions.

| | | | |
|---|---|---|---|
| Counsel for Plaintiff *(print)* | Fax | Counsel for Defendant *(print)* | Fax |
| Signature | | Signature | |
| Counsel for Plaintiff *(print)* | Fax | Counsel for Defendant *(print)* | Fax |
| Signature | | Signature | |

---

Pursuant to the Stipulation of the parties, and subject to the *Case Management Order* to be filed, **IT IS SO ORDERED** that the Case Management Conference set for _____ is vacated and rescheduled for _____ at (8:30 a.m. / _____ ) **Plaintiff / Plaintiff's counsel must notify all parties of the new case management conference.**

Dated: _____        _____

**Judge of the Superior Court**

**CM-110**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|
| TELEPHONE NO.:                    FAX NO. *(Optional):* | |
| E-MAIL ADDRESS *(Optional):* | |
| ATTORNEY FOR *(Name):* | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS:

MAILING ADDRESS:

CITY AND ZIP CODE:

BRANCH NAME:

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| **CASE MANAGEMENT STATEMENT** | CASE NUMBER: |
|---|---|
| *(Check one):*  ☐ **UNLIMITED CASE**      ☐ **LIMITED CASE** (Amount demanded (Amount demanded is $25,000 exceeds $25,000) or less) | |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date:                    Time:                    Dept.:                    Div.:                    Room:

Address of court *(if different from the address above):*

☐ **Notice of Intent to Appear by Telephone, by** *(name):*

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. ☐ This statement is submitted by party *(name):*
   b. ☐ This statement is submitted **jointly** by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date):*
   b. ☐ The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served *(specify names and explain why not):*

      (2) ☐ have been served but have not appeared and have not been dismissed *(specify names):*

      (3) ☐ have had a default entered against them *(specify names):*

   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served):*

4. **Description of case**
   a. Type of case in   ☐ complaint      ☐ cross-complaint      *(Describe, including causes of action):*

| Form Adopted for Mandatory Use Judicial Council of California CM-110 [Rev. July 1, 2011] | **CASE MANAGEMENT STATEMENT** | Cal. Rules of Court, rules 3.720–3.730 www.courts.ca.gov |
|---|---|---|

**CM-110**

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

4.  b.   Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

☐   *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**
The party or parties request ☐ a jury trial ☐ a nonjury trial.   *(If more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**
a.   ☐   The trial has been set for *(date):*
b.   ☐   No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c.   Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.  **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a.   ☐   days *(specify number):*
b.   ☐   hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial ☐ by the attorney or party listed in the caption ☐ by the following:
a.   Attorney:
b.   Firm:
c.   Address:
d.   Telephone number:
e.   E-mail address:
☐   Additional representation is described in Attachment 8.

f.   Fax number:
g.   Party represented:

9.  **Preference**
☐   This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**

a.   **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.

(1)  For parties represented by counsel: Counsel ☐ has ☐ has not   provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.

(2)  For self-represented parties: Party ☐ has ☐ has not  reviewed the ADR information package identified in rule 3.221.

b.   **Referral to judicial arbitration or civil action mediation** (if available).

(1)  ☐   This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.

(2)  ☐   Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

(3)  ☐   This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

**CASE MANAGEMENT STATEMENT**

**CM-110**

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | ☐ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date)*:<br>☐ Agreed to complete mediation by *(date)*:<br>☐ Mediation completed on *(date)*: |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date)*:<br>☐ Agreed to complete settlement conference by *(date)*:<br>☐ Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date)*:<br>☐ Agreed to complete neutral evaluation by *(date)*:<br>☐ Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date)*:<br>☐ Agreed to complete judicial arbitration by *(date)*:<br>☐ Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date)*:<br>☐ Agreed to complete private arbitration by *(date)*:<br>☐ Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date)*:<br>☐ Agreed to complete ADR session by *(date)*:<br>☐ ADR completed on *(date)*: |

**CM-110**

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

**11. Insurance**

   a.  ☐ Insurance carrier, if any, for party filing this statement *(name):*

   b.  Reservation of rights:  ☐ Yes  ☐ No

   c.  ☐ Coverage issues will significantly affect resolution of this case *(explain):*


**12. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.

  ☐ Bankruptcy  ☐ Other *(specify):*

Status:

**13. Related cases, consolidation, and coordination**

   a.  ☐ There are companion, underlying, or related cases.

      (1) Name of case:

      (2) Name of court:

      (3) Case number:

      (4) Status:

      ☐ Additional cases are described in Attachment 13a.

   b.  ☐ A motion to  ☐ consolidate  ☐ coordinate  will be filed by *(name party):*

**14. Bifurcation**

  ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*


**15. Other motions**

  ☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*


**16. Discovery**

   a.  ☐ The party or parties have completed all discovery.

   b.  ☐ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| | | |


   c.  ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

**CASE MANAGEMENT STATEMENT**

CM-110

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

17. **Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case)*:

18. **Other Issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify)*:

19. **Meet and confer**

a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain)*:

b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify)*:

20. Total number of pages attached *(if any)*: _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date:

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.



## CONTRA COSTA COUNTY SUPERIOR COURT
## ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION

All judges in the Civil Trial Delay Reduction Program agree that parties should consider using Alternative Dispute Resolution (ADR) to settle their cases. To tell the court you will use ADR:

- Choose ADR on the *Case Management Form (*CM-110);
- File a *Stipulation and Order to Attend ADR and Continue First Case Management Conference 90-Days* (local court form); or
- Agree to ADR at your first court appearance.

*Questions?* Email adrweb@contracosta.courts.ca.gov *or call (925) 608-2075*

## MEDIATION

Mediation is often faster and less expensive than going to trial. Mediators help people who have a dispute talk about ways they can settle their case. Parties email, fax or visit the ADR Programs office to get a list of mediators. After parties have agreed on a mediator, they must write a summary (5 pages or less) explaining the facts, legal arguments, and legal authority for their position. They must send this summary to the other parties and the mediator at least 5 court days before mediation starts.

ALL parties and attorneys must go to mediation. Mediation can be held whenever and wherever the parties and the mediator want, as long as they finish before the court deadline. In some kinds of court cases, parties have the chance to mediate in the courthouse on their trial day.

Most mediators begin by talking with the parties together, helping them focus on the important issues. The mediator may also meet with each party alone. Mediators often ask parties for their ideas about how to settle the case. Some mediators tell the parties how much money they think a case is worth, or tell them what they think might happen if the case went to trial. Other mediators help the parties decide these things for themselves. No matter what approach a mediator takes, decisions about settling a case can only be made when all the parties agree.

If the parties go through the court ADR program, mediators do not charge fees for the first half hour spent scheduling or preparing for mediation. They also do not charge fees for the first two hours of mediation. If parties need more time, they must pay the mediators regular fees. Some mediators ask for a deposit before mediation starts. Mediators who do this must give back whatever is left after counting the time he or she spent preparing for or doing the mediation. A party whose court fees have been waived (cancelled) may ask if their mediation fees or deposit can be waived.

If parties agree about how they will settle their case, they can choose to keep it private, write it up as a contract, or ask the judge to make it a court order. What parties say and agree to in mediation is confidential (private).

## PRIVATE MEDIATION

Private mediation works in the same way as judicial mediation, but the parties do not go through the ADR Programs office. Parties choose a mediator on their own, and pay the mediator's normal fees.

**JUDICIAL ARBITRATION** (non-binding)
In judicial arbitration, an independent attorney (arbitrator) looks at the evidence, listens to the parties and their witnesses, and decides how the case will be settled. Judicial arbitration is less formal than court. Parties email, fax or visit the ADR Programs office to get a list of arbitrators. If they cannot agree on an arbitrator, the court will assign one. The judge can send cases to arbitration if there is less than $50,000 in dispute. The person who started the court case can make sure the case goes to arbitration if they agree to limit the amount they are asking for to $50,000. Parties can also agree they want to use judicial arbitration. The arbitrator must send their decision (award) to the court within 10 days of the last hearing. The award becomes a court judgment unless a party asks the court to review the case within 60 days. Parties must use the ADR-102 form to ask for a new court hearing (called a trial de novo.) Judicial arbitrators charge $150 per case or per day.

**PRIVATE ARBITRATION** (non-binding and binding)
Private, non-binding arbitration is the same as judicial arbitration, except that the parties do not go through the ADR Programs office to choose an arbitrator, and the arbitrator's award will not become a judgment of the court unless all parties agree. Parties must pay the arbitrator's normal fees.

Binding arbitration is different from judicial or private non-binding arbitration because the arbitrator's decision is final. Parties give up their right to have a judge review their case later (except for reasons listed in California Code of Civil Procedure, Section 1286.2.) Binding arbitration rules are listed in California Code of Civil Procedure, Sections 1280-1288.8. Parties may also agree any time before the judge has made a decision that ends the case to switch to binding arbitration. Parties choose the arbitrator on their own, and must pay the arbitrator's normal (not $150) fees.

**SETTLEMENT MENTOR CONFERENCE**
Settlement mentors are independent, experienced trial attorneys that a judge has assigned to help parties look for ways to settle their case. The conference is free and is held in the courthouse. It is often held on the morning of trial, but it can be scheduled anytime. These conferences usually last two or three hours. Parties do not present evidence and do not call witnesses. Parties can ask the settlement mentor to keep some information confidential (private) from the other party, but not from the judge. The settlement mentor can share any information with the judge, or involve the judge in settlement discussions.  All principals, clients, and claims representatives must attend the settlement mentor conference.

**NEUTRAL CASE EVALUATION**
In neutral case evaluation, an independent attorney (evaluator) reviews documents and listens to each party's side of the case. The evaluator then tells the parties what they think could happen if the case went to trial. Many people use the evaluator's opinion to reach an agreement on their own, or use this information later in mediation or arbitration to settle their case.

Parties email, fax or visit the ADR Programs office to get a list of evaluators. After parties have agreed on an evaluator, they must write a summary (5 pages or less) explaining the facts, legal arguments, and legal authority for their position. They must send this summary to the other parties and the evaluator at least 5 court days before evaluation starts. ALL parties and their attorneys must go to neutral case evaluation. The evaluation can be held whenever and wherever the parties and the evaluator want, as long as they finish before the court deadline. If the parties go through the court's ADR program, evaluators do not charge any fees for the first half hour spent scheduling or preparing for the evaluation conference. They also do not charge fees for the first two hours of the evaluation. If parties need more time, they must pay that evaluators regular fees. Some evaluators ask for a deposit before evaluation starts. Evaluators who do this must give back whatever is left after counting the time he or she spent preparing for or doing the evaluation. A party whose court fees have been waived (cancelled) may ask if their evaluation fees or deposit can be waived.

## TEMPORARY JUDGE

Some parties want a trial, but want to choose who will decide the case and when the trial will take place. Parties can agree on an attorney that they want the court to appoint as a temporary judge for their case. (See Article 6, Section 21 of the State Constitution and Rule 2.830 of the California Rules of Court.) Temporary judges have nearly the same authority as a superior court judge to conduct a trial and make decisions. As long as the parties meet the court deadline, they can schedule the trial at their own and the temporary judge's convenience.

Each of the temporary judges on the court's panel has agreed to serve at no charge for up to 5 court days. If the parties need more time, they must pay that person's regular fees. All parties and their lawyers must attend the trial, and provide a copy of all briefs or other court documents to the temporary judge at least two weeks before the trial. These trials are similar to other civil trials, but are usually held outside the court. The temporary judge's decision can be appealed to the superior court. There is no option for a jury trial. The parties must provide their own court reporter.

## SPECIAL MASTER

A special master is a private lawyer, retired judge, or other expert appointed by the court to help make day-to-day decisions in a court case. The special master's role can vary, but often includes making decisions that help the discovery (information exchange) process go more smoothly. He or she can make decisions about the facts in the case. Special masters can be especially helpful in complex cases. The trial judge defines what the special master can and cannot do in a court order.

Special masters often issue both interim recommendations and a final report to the parties and the court. If a party objects to what the special master decides or reports to the court, that party can ask the judge to review the matter. In general, the parties choose (by stipulation) whom they want the court to appoint as the special master, but there are times (see California Code of Civil Procedure Section 639), when the court may appoint a special master or referee without the parties' agreement. The parties are responsible to pay the special master's regular fees.

## COMMUNITY MEDIATION SERVICES

Mediation Services are available through non-profit community organizations. These low-cost services are provided by trained volunteer mediators. For more information about these programs contact the ADR Program at adrweb@contracosta.courts.ca.gov