UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD J. KUYAWA,<br><br>        Plaintiff,<br><br>    v.<br><br>MERCEDES- BENZ USA, LLC, et al.,<br><br>        Defendants. | Case No. 23-cv-05712-WHO<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 23 |

On March 5, 2024, I ordered plaintiff Conrad Kuyawa to file an amended complaint by March 18, 2024. Dkt. No. 23. Plaintiff has not filed the amended complaint. Plaintiff is Ordered to Show Cause why this case should not be dismissed for failure to prosecute. Plaintiff may satisfy this Order to Show Cause by filing an amended complaint by May 28, 2024. If plaintiff does not file the amended complaint by May 28, 2024, this case will be dismissed for failure to prosecute. *See* Fed. Rule Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: May 13, 2024

WILLIAM H. ORRICK
United States District Judge